UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br>         Plaintiffs, <br> v. <br> BUREAU OF LAND MANAGEMENT, *et al.*, <br>         Defendants. | Case No. 3:06 CV 04884 SI <br><br> **[PROPOSED] ORDER RE: INTERVENTION BY AMA DISTRICT 37 *et al*. and CALIFORNIA ASSOCIATION OF 4-WHEEL DRIVE CLUBS *et al.*** |

WHEREAS, Plaintiffs Center for Biological Diversity, *et al.*, and Defendant-Intervenor-Applicants American Motorcycle Association District 37, *et al.*, and California Association of Four Wheel Drive Clubs, *et al.*, (collectively "Intervenor-Applicants") by and through their respective counsel of record, have stipulated and agreed as follows:

    1.    Intervenor-Applicants may participate in this matter as intervenors with full party rights in any proceedings addressing remedy issues in this action, which shall include any mediation or alternative dispute resolution proceedings.

    2.    Intervenor-Applicants' may participate as *amici curiae* in any proceedings addressing liability issues in this matter, such as motions for summary judgment. In any such participation, Intervenor-Applicants may submit a memorandum in response to any such motions, which shall be due on or before the time for the Federal Defendants' response to the motion in question. Counsel for Intervenor-Applicants may also attend, and, in the Court's discretion, be allowed to participate, in any oral argument on any motions addressing summary judgment or other proceedings described by this paragraph.

    3.    Intervenor-Applicants agree they will confer and will exercise reasonable

[PROPOSED] ORDER Re: Intervention by AMA Dist. 37 *et al.* and Cal. Assoc. of 4-Wheel Drive Clubs *et al*.    1
Case No. 3:06 CV 04884 SI

diligence to submit joint briefing, argument and otherwise attempt to avoid unnecessary or duplicative efforts in this matter. Where Intervenor-Applicants are unable to submit joint briefing and/or argument they will split applicable page/time limits for a single party.

THEREFORE, good cause appearing, Defendant-Intervenor-Applicants American Motorcycle Association District 37, *et al.*, and California Association of Four Wheel Drive Clubs, *et al.*, are GRANTED intervention in this matter as described above.

IT IS SO ORDERED.

DATED this _____ day of _____, 2007

_____
United States District Judge

[PROPOSED] ORDER Re: Intervention by AMA Dist. 37 *et al.* and Cal. Assoc. of 4-Wheel Drive Clubs *et al*.
Case No. 3:06 CV 04884 SI

2