SCOTT N. SCHOOLS, United States Attorney (SCSBN 9990)
CHARLES M. O'CONNOR, Assistant U.S. Attorney (SBN 56320)
MATTHEW J. McKEOWN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
MICHAEL R. EITEL, Trial Attorney (Neb. Bar No. 22889)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0210/ Fax: 202-305-0275

CHARLES R. SHOCKEY, Trial Attorney (DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: 916-930-2203 / Fax: 916-930-2210
Email: charles.shockey@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al*., <br><br> Defendants. | Case No: CV 06-4884-SI <br><br> JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTIONS TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND [PROPOSED] ORDER <br><br> Hearing set for: <br> Date: June 22, 2007 <br> Time: 9 a.m. <br> Courtroom 10, 19th Floor <br><br> The Honorable Susan Illston |

WHEREAS, Plaintiffs and Federal Defendants have met and conferred regarding documents that may have been inadvertently omitted from the administrative records filed in this action and other related issues, and

WHEREAS, Plaintiffs and Federal Defendants anticipate that many if not all of the issues regarding the potential need to supplement the administrative records filed in this action are likely to be resolved between the Plaintiffs and Federal Defendants without the need for motions and hearings before the Court, and

WHEREAS, Federal Defendants require additional time to locate documents that may have been inadvertently omitted and to respond to other related issues that were raised by Plaintiffs concerning the administrative records filed in the action, and

WHEREAS, all of the parties agree that a short delay at this stage of the litigation to attempt to resolve these issues is warranted in order to save time and judicial resources,

THEREFORE, the parties agree as follows:

1) To seek a continuance of two weeks for the hearing on any Motion to Supplement the Administrative Record that is now scheduled for June 22, 2007, until July 6, 2007, and to adjust the briefing schedule for that motion accordingly, so that any motion to supplement the administrative record now is due on June 1, 2007, any opposition is due on June 15, 2007, and any reply is due on June 22, 2007; and

2) That other hearing dates set forth in the Court's Order dated January 19, 2007 shall remain the same at this time.

//

//

//

Joint Stip. to Extend Time for Motion to Supplement AR
Case No. CV 06-4884-SI                 1

Respectfully submitted,

    SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
    CHARLES M. O'CONNOR (SBN 56320)
    Assistant United States Attorney
    Environment & Natural Resources Unit
    50 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone No: (415) 436-7180
    Facsimile No: (415) 436-6748

    MATTHEW J. McKEOWN,
    Acting Assistant Attorney General
    JEAN E. WILLIAMS, Section Chief
    LISA L. RUSSELL, Assistant Section Chief
    MICHAEL R. EITEL, Attorney (Neb. Bar No. 22889)
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    Ben Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369
    Tel: 202-305-0210/ Fax: 202-305-0275

DATED: May 17, 2007    /s/ Charles R. Shockey
    CHARLES R. SHOCKEY, Trial Attorney
    (DC Bar No. 914879)
    U. S. Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    501 "I" Street, Suite 9-700
    Sacramento, CA 95814-2322
    Tel: 916-930-2203 / Fax: 916-930-2210
    Email: charles.shockey@usdoj.gov

    *Attorneys for Federal Defendants*

DATED: May 17, 2007    /s/ Lisa T. Belenky
    Lisa T. Belenky (CA Bar No. 203225)
    CENTER FOR BIOLOGICAL DIVERSITY
    1095 Market St., Suite 511
    San Francisco, CA 94103
    Telephone: (415) 436-9682 x 307
    Facsimile: (415) 436-9683
    Email: lbelenky@biologicaldiversity.org

|   |   |
|---|---|
|   | Deborah A. Sivas (CA Bar No. 135446)<br>STANFORD ENVIRONMENTAL LAW CLINIC<br>Stanford Law School<br>Crown Quadrangle<br>559 Nathan Abbott Way<br>Stanford, California  94305-8610<br>Telephone: (650) 723-0325<br>Facsimile: (650) 723-4426<br>Email: dsivas@stanford.edu |
|   | Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors |
| DATED: May 17, 2007 | /s/ Robert B. Wiygul<br>Robert B. Wiygul (LA Bar # 17411) *pro hac vice*<br>Waltzer & Associates<br>1025 Division Street, Suite C<br>Biloxi, Mississippi 39530<br>Telephone: (228) 374-0700<br>Facsimile: (228) 374-0725<br>Email: robert@waltzerlaw.com |
|   | Paul P. "Skip" Spaulding, III (CA Bar No. 83922)<br>sspaulding@fbm.com<br>David J. Lazerwitz (CA Bar No. 221349)<br>dlazerwitz@fbm.com<br>Andrew W. Ingersoll (CA Bar No. 221348)<br>AIngersoll@fbm.com<br>Sky C. Stanfield (CA Bar No. 244966)<br>sstanfield@fbm.com |
|   | Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 |
|   | Counsel for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, the California Wilderness Coalition, Friends of Juniper Flats, Western |

Case 3:06-cv-04884-SI Document 58 Filed 05/18/2007 Page 5 of 6

|  |  |
|---|---|
|  | San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch |
| DATED: May 17, 2007 | /s/ Paul A. Turcke<br>Paul A. Turcke *pro hac vice*<br>Moore Smith Buxton & Turcke<br>950 Bannock Street, Suite 500<br>Boise, Idaho 83702<br>Telephone:  (208) 331-1800<br>Facsimile:  (208) 331-1202<br>PAT@msbtlaw.com |
|  | Attorney for Defendant-Intervenors California Association of 4 Wheel Drive Clubs, United Four Wheel Drive Associations and the BlueRibbon Coalition |
| DATED: May 17, 2007 | /s/ David P. Hubbard<br>David P. Hubbard (CA Bar No. 148660)<br>960 Canterbury Place<br>Escondido, California 92025<br>Telephone:  (760) 432-9917<br>Facsimile:  (760) 743-9926<br>dph@ecobalance.biz |
|  | Attorney for Defendant-Intervenors AMA District 37; California Off Road Vehicle Association; Off Road Business Association; San Diego Off Road Coalition: American Sand Association |
| DATED: May 17, 2007 | /s/ J. Michael Klise<br>J. Michael Klise (*pro hac vice*)<br>Steven P. Quarles (D.C. Bar No. 351668)<br>Thomas R. Lundquist (D.C. Bar. No. 968123)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116<br>Jmklise@crowell.com |

Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505
Tel: (949) 263-8400
Fax: (949) 263-8414
Srice@crowell.com

Attorneys for Defendant-Intervenors Kern County, San Bernardino County, Imperial County, and QuadState County Government Coalition

[PROPOSED] ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the hearing on any Motion to Supplement the Administrative Record is continued until July 6, 2007, at 9:00 a.m., and the briefing schedule for any motion filed in connection with that hearing shall be revised according to the dates set forth in the stipulation.

IT IS SO ORDERED.

DATED: _____    _____
                                  HONORABLE SUSAN ILLSTON
                                  UNITED STATES DISTRICT JUDGE