ROBERT B. WIYGUL, ESQ. (LA Bar No. 17411)
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, Mississippi 39530
Tel: 228-374-0700/ Fax: 228-374-0725
Email: robert@waltzerlaw.com

PAUL P. "SKIP" SPAULDING, III, ESQ. (CA Bar No. 83922)
DAVID J. LAZERWITZ, ESQ. (CA Bar No. 221349)
ANDREW W. INGERSOLL, ESQ. (CA Bar No. 221348)
SKY C. STANFIELD, ESQ. (CA Bar No. 244966)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: 415-954-4400/Fax: 415-954-4480
Email: sstanfield@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, the California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>              Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>              Defendants. | Case No. CV 06-4884-SI<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTIONS TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND [PROPOSED] ORDER**<br><br>Hearing set for:<br><br>Date: July 27, 2007<br>Time: 9 a.m.<br>Courtroom 10, 19th Floor<br><br>The Honorable Susan Illston |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stip. to Continue Hearing Date on Motions
to Supplement the AR and [Proposed] Order
Case No. CV 06-4884-SI

21343\1262851.1

1  WHEREAS, Plaintiffs and Federal Defendants have met and conferred regarding
2  documents that may have been inadvertently omitted from the administrative records filed in this
3  action and other related issues, and

4  WHEREAS, Plaintiffs and Federal Defendants anticipate that many if not all of the issues
5  regarding the potential need to supplement the administrative records filed in this action are likely
6  to be resolved between the Plaintiffs and Federal Defendants without the need for motions and
7  hearings before the Court, and

8  WHEREAS, Federal Defendants have located some of the documents but require
9  additional time put them into electronic form and to respond to other related issues that were
10 raised by Plaintiffs concerning the administrative records filed in the action, and

11 WHEREAS, all of the parties agree that a short delay at this stage of the litigation to
12 attempt to resolve these issues is warranted in order to save time and judicial resources,

13 THEREFORE, the parties agree as follows:

14 1)  To seek a continuance of three weeks for the hearing on any Motion to
15 Supplement the Administrative Record that is now scheduled for July 6, 2007, until July 27,
16 2007, and to adjust the briefing schedule for that motion accordingly, so that any motion to
17 supplement the administrative record now is due on June 22, 2007, any opposition is due on July
18 6, 2007, and any reply is due on July 13, 2007; and

19 2)  That other hearing dates set forth in the Court's Order dated January 19, 2007 shall
20 remain the same at this time.

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stip. to Continue Hearing Date on Motions
to Supplement the AR and [Proposed] Order
Case No. CV 06-4884-SI

- 2 -

21343\1262851.1

Respectfully submitted,

DATED: June 1, 2007

/s/ Sky C. Stanfield
Sky C. Stanfield (CA Bar No. 244966)
Paul P. "Skip" Spaulding, III (CA Bar No. 83922)
David J. Lazerwitz (CA Bar No. 221349)
Andrew W. Ingersoll (CA Bar No. 221348)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: sstanfield@fbm.com
       sspaulding@fbm.com
       dlazerwitz@fbm.com
       AIngersoll@fbm.com

Robert B. Wiygul (LA Bar # 17411) pro hac vice
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, Mississippi 39530
Telephone: (228) 374-0700
Facsimile: (228) 374-0725
Email: robert@waltzerlaw.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper Flats, Western San Bernardino County Landowners Association, California Wilderness Coalition, California Native Plant Society, and Community ORV Watch*

DATED: June 1, 2007

/s/ Charles R. Shockey
CHARLES R. SHOCKEY, Trial Attorney
(DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone: (916) 930-2203
Facsimile: (916) 930-2210
Email: charles.shockey@usdoj.gov

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stip. to Continue Hearing Date on Motions
to Supplement the AR and [Proposed] Order
Case No. CV 06-4884-SI

- 3 -

21343\1262851.1

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney
Environment & Natural Resources Unit
50 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-6748

RONALD J. TENPAS,
Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
MICHAEL R. EITEL, Attorney (Neb. Bar No. 22889)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

DATED: June 1, 2007

/s/ Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
STANFORD ENVIRONMENTAL LAW CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

*Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stip. to Continue Hearing Date on Motions
to Supplement the AR and [Proposed] Order
Case No. CV 06-4884-SI

- 4 -

21343\1262851.1

DATED: June 1, 2007

/s/ Paul A. Turcke
Paul A. Turcke pro hac vice
Moore Smith Buxton & Turcke
950 Bannock Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: PAT@msbtlaw.com

*Attorney for Defendant-Intervenors California Association of 4 Wheel Drive Clubs, United Four Wheel Drive Associations and the BlueRibbon Coalition*

DATED: June 1, 2007

/s/ David P. Hubbard
David P. Hubbard (CA Bar No. 148660)
960 Canterbury Place
Escondido, California 92025
Telephone: (760) 432-9917
Facsimile: (760) 743-9926
Email: dph@ecobalance.biz

*Attorney for Defendant-Intervenors AMA District 37; California Off Road Vehicle Association; Off Road Business Association; San Diego Off Road Coalition: American Sand Association*

DATED: June 1, 2007

/s/ J. Michael Klise
J. Michael Klise (pro hac vice)
Steven P. Quarles (D.C. Bar No. 351668)
Thomas R. Lundquist (D.C. Bar No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: Jmklise@crowell.com

Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Tel: (949) 263-8400
Fax: (949) 263-8414
Srice@crowell.com

*Attorneys for Defendant-Intervenors Kern County, San Bernardino County, Imperial County, and QuadState County Government Coalition*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stip. to Continue Hearing Date on Motions to Supplement the AR and [Proposed] Order
Case No. CV 06-4884-SI

- 5 -

21343\1262851.1

[PROPOSED] ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the hearing on any Motion to Supplement the Administrative Record is continued until July 27, 2007, at 9:00 a.m., and the briefing schedule for any motion filed in connection with that hearing shall be revised according to the dates set forth in the stipulation.

IT IS SO ORDERED.

DATED: _____        _____
                                HONORABLE SUSAN ILLSTON
                                UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stip. to Continue Hearing Date on Motions
to Supplement the AR and [Proposed] Order
Case No. CV 06-4884-SI

- 6 -

21343\1262851.1