1  ROBERT B. WIYGUL, ESQ. (LA Bar No. 17411)
   Waltzer & Associates
2  1025 Division Street, Suite C
   Biloxi, Mississippi 39530
3  Tel: 228-374-0700/ Fax: 228-374-0725
   Email: robert@waltzerlaw.com
4

5  PAUL P. "SKIP" SPAULDING, III, ESQ. (CA Bar No. 83922)
   DAVID J. LAZERWITZ, ESQ. (CA Bar No. 221349)
6  ANDREW W. INGERSOLL, ESQ. (CA Bar No. 221348)
   SKY C. STANFIELD, ESQ. (CA Bar No. 244966)
7  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
8  San Francisco, CA 94104
   Tel: 415-954-4400/Fax: 415-954-4480
9  Email: sstanfield@fbm.com

10 *Attorneys for Plaintiffs Alliance for Responsible Recreation, The
   Wilderness Society, the California Wilderness Coalition, Friends*
11 *of Juniper Flats, Western San Bernardino Landowners
   Association, the California Native Plant Society, and Community*
12 *ORV Watch*

13
14                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
15                        SAN FRANCISCO DIVISION

16  CENTER FOR BIOLOGICAL           Case No. CV 06-4884-SI
    DIVERSITY, *et al.*,
17                                  **JOINT STIPULATION TO CONTINUE
              Plaintiffs,           BRIEFING SCHEDULE AND HEARING
18                                  DATE ON MOTIONS TO SUPPLEMENT
       vs.                          THE ADMINISTRATIVE RECORD AND
19                                  [PROPOSED] ORDER**
    BUREAU OF LAND MANAGEMENT,
20  *et al.*,                       Hearing set for:

21            Defendants.           Date:    October 5, 2007
                                    Time:    9 a.m.
22                                  Courtroom 10, 19th Floor

23                                  The Honorable Susan Illston

24              I.    **INTRODUCTION**

25       The parties in this action hereby stipulate and respectfully request that the Court enter an

26 Order to continue the briefing schedule and hearing date on a motion to supplement the

27 administrative record. Additional time is needed because the Bureau of Land Management

28 ("BLM") recently discovered new and relevant documents and intends to supplement the existing

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. TO CONTINUE HEARING DATE ON
MOTIONS TO SUPPLEMENT THE AR AND
[PROPOSED] ORDER Case No. CV 06-4884-SI                              21343\1280543.1

1  administrative record in this matter. In light of BLM's anticipated filing of potentially thousands
2  of additional documents (most of which are emails to and from one individual BLM employee) to
3  supplement the administrative record, the parties believe that any motion by Plaintiffs to
4  supplement the record and/or compel production of documents would be premature. It will be
5  more efficient for all parties and save judicial time and resources for any briefing on these issue to
6  be submitted after the parties have had an opportunity to review the new documents contained in
7  the supplemented record. Therefore, the parties request that the Court modify the existing
8  briefing schedule for the filing of any motion to supplement the administrative record and
9  similarly adjust the schedule for the parties' cross-motions for summary judgment.

## II.  BACKGROUND

The Federal Defendants filed the administrative record in this matter on April 3, 2007, after which Plaintiffs immediately commenced review of approximately 8,000 documents and over 96,000 pages of text and data. Through this process, Plaintiffs identified a substantial number of documents that appeared to be absent from the Administrative Record for the Western Mojave Planning Area ("WEMO"). Counsel for Plaintiffs contacted counsel for BLM on May 10, 2007, to meet and confer regarding these missing documents. Since that time, counsel for the parties met and conferred and exchanged written and oral communications regarding each missing item   Most recently, in a conference call on June 18, 2007, counsel for BLM disclosed, among other things, the need to supplement the administrative record with potentially thousands of newly discovered and relevant emails and other documents. Below is a brief overview of the documents requested by Plaintiffs through the meet and confer process and the status of the response from the Federal Defendants.

### A.  Emails

In reviewing the administrative record Plaintiffs identified that there was a substantial period in the latter part of the administrative process where there was far less e-mail traffic than during the earlier part of the process. On May 10, 2007 and May 15, 2007, Plaintiffs requested that the BLM ensure that no emails were omitted from the record from that period of time. On May 29, 2007, BLM's counsel agreed to double-check the agency's files although he stated that

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. TO CONTINUE HEARING DATE ON
MOTIONS TO SUPPLEMENT THE AR AND
[PROPOSED] ORDER Case No. CV 06-4884-SI

- 2 -

21343\1280543.1

1  he believed that the agency had included all of the existing emails. However, in a recent call on
2  June 18, 2007, five days before Plaintiffs were to file their motion to supplement the record,
3  BLM's counsel informed Plaintiffs' counsel that they had just learned that a key BLM staff
4  member had at some point lost part of his hard-drive and with it many emails, the existence of
5  which had just recently become known as a result of BLM's renewed search and repair of the
6  hard-drive in response to the Plaintiffs' request. Upon learning this, BLM realized that it was in
7  possession of thousands of emails, many of which relate to this case, that it was able to recover
8  from the previously corrupted hard-drive. Federal Defendants' counsel requested more time to
9  review all of these newly discovered emails to decide whether to include them in the record.

**B.     Data and Maps Created in the BLM "Box" Route Designation Effort**

Early in the planning process, BLM engaged in a route designation process to analyze detailed aerial maps of the planning area and assign specific resource attributes to each existing route on the map, this was labeled the "Box" effort by BLM staff. There is some disagreement between Plaintiffs and Federal Defendants about the exact results of the Box process, the reasons the resulting route designation recommendations were not adopted, and the relationship between the Box effort and the decision by BLM under review in this action.

The Federal Defendants' characterization of the Box maps and data differed from Plaintiffs' understanding (which Plaintiffs have gained by speaking with former BLM staff members who worked on the process and from members of the public who attended meetings regarding that process). Plaintiffs believe that the maps and the data produced in the Box effort are essential parts of the agency's decision making process and belong in the administrative record. The Federal Defendants disagree, however, and the parties have not reached agreement on this issue.

**C.     Protest Letters**

During the course of the underlying administrative decision made by the Federal Defendants, Plaintiffs submitted numerous formal protest letters to the BLM which were not produced in the administrative record. Counsel for Federal Defendants has stated that BLM would agree to add them and the responses to them as a supplement to the record, but until that

Carella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. TO CONTINUE HEARING DATE ON
MOTIONS TO SUPPLEMENT THE AR AND           - 3 -
[PROPOSED] ORDER Case No. CV 06-4884-SI

21343\1280543.1

1    time Plaintiffs are unable to verify if all the protest letters will be accounted for.

2    **D.    Comment Letters**

3        Counsel for Plaintiffs notified counsel for BLM that several of the comment letters which

4    the Plaintiff organizations and individual members had submitted to BLM during the

5    administrative decision process were missing from the record.  BLM's counsel informed

6    Plaintiffs that the agency was only able to find a portion of the comment letters but agreed to

7    supplement the record with those they could not find if Plaintiffs provided copies.  Plaintiffs will

8    provide copies to Defendants for inclusion in the administrative record in the next week.

9    **E.    The Privilege Log**

10       The Federal Defendants claimed the attorney client privilege or the deliberative process

11   privilege for 59 documents in the privilege log which accompanied the April 3, 2007 WEMO

12   record.  Plaintiffs requested that the counsel for the agency provide more detail on what the

13   content of the documents were in order to gauge whether the privilege was fairly asserted.  On

14   June 19, 2007, counsel for the Federal Defendants said that they had determined that they would

15   release about half of the 59 documents they originally claimed were privileged, and agreed to

16   provide a more detailed description of the other half of the documents.  Federal Defendants have

17   not yet filed a revised privilege log or the documents which are no longer considered privileged

18   as a supplement to the administrative record.

19

20   **III.    REQUESTED RELIEF**

21   **A.    Proposed Revision of Briefing Schedule to Accommodate Time to Supplement the Record and for Motions on Remaining Issues**

22       Plaintiffs and Defendants have come to some resolution on the protest letters and

23   comment letters, and may be able to reach agreement on the privilege log once the revised version

24   is provided.  Because BLM has discovered a large number of missing emails that have not yet

25   been filed as a supplement to the administrative record, along with any privilege log, it is not

26   possible for Plaintiffs to know at this time whether this issue will also be able to be resolved

27   between the parties.  In addition, there remains significant disagreement on the issue of the Box

28   effort data and maps.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. TO CONTINUE HEARING DATE ON
MOTIONS TO SUPPLEMENT THE AR AND
[PROPOSED] ORDER Case No. CV 06-4884-SI

- 4 -

21343\1280543.1

1   In the interest of time and to preserve judicial resources the parties have agreed that rather than having Plaintiffs file a motion to compel the Box materials now, while the Federal Defendants are still preparing a supplement to the administrative record and reviewing the emails, it would be more efficient to wait for any motions regarding the administrative record until after Federal Defendants file the supplement to the administrative record and the revised privilege log. After reviewing the supplement Plaintiffs will be able to file a single motion regarding all remaining administrative record issues. The parties agree that while this will require a further extension of the summary judgment briefing schedule established in the January 19, 2007 Court Order it will ultimately result in a more efficient and accurate process.

THEREFORE, the parties agree as follows:

1)   Federal Defendants agree to supplement the administrative record with the missing protest letters, comment letters (including those that Plaintiffs will provide), the documents which are no longer viewed as privileged by the Defendants as well as an updated privilege log which contains more detail on the missing documents by August 3, 2007; and

2)   The parties seek a continuance of 10 weeks for the hearing on any Motion to Supplement the Administrative Record that is now scheduled for July 27, 2007, until October 5, 2007, and to adjust the briefing schedule for that motion accordingly, so that any motion to compel or to supplement the administrative record now is due on August 31, 2007, any opposition is due on September 14, 2007, and any reply is due on September 21, 2007; and

3)   The parties seek a continuance of the summary judgment briefing schedule outlined in the January 19, 2007 order to a hearing date of March 14, 2008, so that Plaintiffs' motion for summary judgment is now due on November 16, 2007; Defendants' combined cross-motions for summary judgment and oppositions are due on January 4, 2008; Plaintiffs' combined

///
///
///
///
///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. TO CONTINUE HEARING DATE ON
MOTIONS TO SUPPLEMENT THE AR AND
[PROPOSED] ORDER Case No. CV 06-4884-SI

- 5 -

21343\1280543.1

Case 3:06-cv-04884-SI   Document 61   Filed 06/22/2007   Page 6 of 9

1  opposition and reply is due on February 1, 2008; and Defendants' final replies are due on

2  February 22, 2008.

3      Respectfully submitted,

4  DATED: June 22, 2007

/s/ Sky C. Stanfield
Sky C. Stanfield (CA Bar No. 244966)
Paul P. "Skip" Spaulding, III (CA Bar No. 83922)
David J. Lazerwitz (CA Bar No. 221349)
Andrew W. Ingersoll (CA Bar No. 221348)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:   (415) 954-4400
Facsimile:    (415) 954-4480
Email:          sstanfield@fbm.com
                    sspaulding@fbm.com
                    dlazerwitz@fbm.com
                    AIngersoll@fbm.com

Robert B. Wiygul (LA Bar # 17411) pro hac vice
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, Mississippi 39530
Telephone:   (228) 374-0700
Facsimile:    (228) 374-0725
Email:          robert@waltzerlaw.com

***Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper Flats, Western San Bernardino County Landowners Association, California Wilderness Coalition, California Native Plant Society, and Community ORV Watch***

DATED: June 22, 2007

/s/ Charles R. Shockey
CHARLES R. SHOCKEY, Trial Attorney
(DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:    (916) 930-2210
Email:          charles.shockey@usdoj.gov

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. TO CONTINUE HEARING DATE ON
MOTIONS TO SUPPLEMENT THE AR AND
[PROPOSED] ORDER Case No. CV 06-4884-SI

- 6 -

21343\1280543.1

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990) |
| | United States Attorney |
| 2 | CHARLES M. O'CONNOR (SBN 56320) |
| | Assistant United States Attorney |
| 3 | Environment & Natural Resources Unit |
| 4 | 50 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 5 | Telephone:   (415) 436-7180 |
| | Facsimile:   (415) 436-6748 |
| 6 | |
| 7 | RONALD J. TENPAS, |
| | Acting Assistant Attorney General |
| 8 | JEAN E. WILLIAMS, Section Chief |
| | LISA L. RUSSELL, Assistant Section Chief |
| 9 | MICHAEL R. EITEL, Attorney (Neb. Bar No. 22889) |
| | U.S. Department of Justice |
| 10 | Environment & Natural Resources Division |
| | Wildlife & Marine Resources Section |
| 11 | Ben Franklin Station, P.O. Box 7369 |
| 12 | Washington, D.C. 20044-7369 |
| | Telephone:   (202) 305-0210 |
| 13 | Facsimile:   (202) 305-0275 |

***Attorneys for Federal Defendants***

DATED:  June 22, 2007        /s/ Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone:   (415) 436-9682 x 307
Facsimile:   (415) 436-9683
Email:       lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
STANFORD ENVIRONMENTAL LAW CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:   (650) 723-0325
Facsimile:   (650) 723-4426
Email:       dsivas@stanford.edu

***Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors***

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP. TO CONTINUE HEARING DATE ON
MOTIONS TO SUPPLEMENT THE AR AND
[PROPOSED] ORDER Case No. CV 06-4884-SI

- 7 -

21343\1280543.1

| | | |
|---|---|---|
| 1 | DATED: June 22, 2007 | /s/ Paul A. Turcke |
| 2 | | Paul A. Turcke pro hac vice |
| | | Moore Smith Buxton & Turcke |
| 3 | | 950 Bannock Street, Suite 500 |
| | | Boise, Idaho 83702 |
| 4 | | Telephone: (208) 331-1800 |
| | | Facsimile: (208) 331-1202 |
| 5 | | Email: PAT@msbtlaw.com |

***Attorney for Defendant-Intervenors California Association of 4 Wheel Drive Clubs, United Four Wheel Drive Associations and the BlueRibbon Coalition***

DATED: June 22, 2007             /s/ David P. Hubbard
                                 David P. Hubbard (CA Bar No. 148660)
                                 960 Canterbury Place
                                 Escondido, California 92025
                                 Telephone: (760) 432-9917
                                 Facsimile: (760) 743-9926
                                 Email: dph@ecobalance.biz

***Attorney for Defendant-Intervenors AMA District 37; California Off Road Vehicle Association; Off Road Business Association; San Diego Off Road Coalition: American Sand Association***

DATED: June 22, 2007             /s/ J. Michael Klise
                                 J. Michael Klise (pro hac vice)
                                 Steven P. Quarles (D.C. Bar No. 351668)
                                 Thomas R. Lundquist (D.C. Bar. No. 968123)
                                 CROWELL & MORING LLP
                                 1001 Pennsylvania Avenue, N.W.
                                 Washington, D.C. 20004-2595
                                 Tel: (202) 624-2500
                                 Fax: (202) 628-5116
                                 Email: Jmklise@crowell.com

                                 Steven P. Rice (SBN 094321)
                                 CROWELL & MORING LLP
                                 3 Park Plaza, 20th Floor
                                 Irvine, CA 92614-8505
                                 Tel: (949) 263-8400
                                 Fax: (949) 263-8414
                                 Email: Srice@crowell.com

***Attorneys for Defendant-Intervenors Kern County, San Bernardino County, Imperial County, and QuadState County Government Coalition***

Jarella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. TO CONTINUE HEARING DATE ON
MOTIONS TO SUPPLEMENT THE AR AND
[PROPOSED] ORDER Case No. CV 06-4884-SI

- 8 -

21343\1280543.1

1  [PROPOSED] ORDER

2  GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the hearing

3  on any Motion to Supplement the Administrative Record is continued until October 5, 2007, at

4  9:00 a.m., and the briefing schedule for any motion filed in connection with that hearing shall be

5  revised according to the dates set forth in the stipulation.

6  IT IS SO ORDERED.

8  DATED: June 22, 2007

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

*Handwritten notes:*
- π file MSJ — 11/16/07
- Δ oppo/x mot — 1/4/08
- π oppo/reply — 2/1/08
- Δ reply — 2/22/08
- Hear — 3/14/08 9:00 am

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. TO CONTINUE HEARING DATE ON
MOTIONS TO SUPPLEMENT THE AR AND
[PROPOSED] ORDER Case No. CV 06-4884-SI

- 9 -

21343\1280543.1