1   ROBERT B. WIYGUL, ESQ. (LA Bar No. 17411)
    Waltzer & Associates
2   1025 Division Street, Suite C
    Biloxi, Mississippi 39530
3   Tel: 228-374-0700/ Fax: 228-374-0725
    Email: robert@waltzerlaw.com
4

5   PAUL P. "SKIP" SPAULDING, III, ESQ. (CA Bar No. 83922)
    DAVID J. LAZERWITZ, ESQ. (CA Bar No. 221349)
    ANDREW W. INGERSOLL, ESQ. (CA Bar No. 221348)
6   SKY C. STANFIELD, ESQ. (CA Bar No. 244966)
    Farella Braun + Martel LLP
7   235 Montgomery Street, 17th Floor
    San Francisco, CA 94104
8   Tel: 415-954-4400/Fax: 415-954-4480
    Email: sstanfield@fbm.com
9

10   *Attorneys for Plaintiffs Alliance for Responsible Recreation,*
    *The Wilderness Society, the California Wilderness Coalition,*
    *Friends of Juniper Flats, Western San Bernardino Landowners*
11   *Ass'n, , the California Native Plant Society, and Community*
    *ORV Watch*
12

13   CHARLES R. SHOCKEY (DC Bar No. 914879)
    U. S. Department of Justice
    Environment and Natural Resources Division
14   Natural Resources Section
    501 "I" Street, Suite 9-700
15   Sacramento, CA 95814-2322
    Telephone: (916) 930-2203
16   Facsimile: (916) 930-2210
    Email: charles.shockey@usdoj.gov
17

18   *Attorney for Federal Defendants, BLM, et al.*

19                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
20                     SAN FRANCISCO DIVISION

| | |
|---|---|
| 21   CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | Case No. CV 06-4884-SI |
| 22             Plaintiff, | **JOINT STIPULATION TO FURTHER CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND [PROPOSED] ORDER** |
| 23        vs. | |
| 24   BUREAU OF LAND MANAGEMENT, *et al.*, | |
| 25 | Hearing set for: |
| 26            Defendants. | Date: September 28, 2007 Time: 9 a.m. Courtroom 10, 19th Floor |
| 27 | |
| 28 | The Honorable Susan Illston |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stip. to Further Continue Hearing Date on
Motions to Supplement the AR and [Proposed] Order
Case No. CV 06-4884-SI

21343\1318449.1

# I.   **INTRODUCTION**

The Federal Defendants filed the Administrative Record in this matter on April 3, 2007, after which Plaintiffs immediately commenced review of approximately 8,000 documents and over 96,000 pages of text and data.  Through this process, Plaintiffs identified a substantial number of documents that appeared to be missing from the Administrative Record for the off road vehicle route designations for the Western Mojave Planning Area ("WEMO").  In early May 2007, the parties began to meet and confer regarding the location and relevance of these missing documents.  In the three months since that time, the BLM has discovered in excess of 4,000 potentially relevant documents of several different types.

The parties have continued to meet and confer regarding the documents the BLM has discovered in response to plaintiffs' inquiries.  Based on the number of documents discovered and the time needed for the BLM to review those documents and make them available to plaintiffs, the parties have filed two previous stipulations requesting that the Court extend the briefing schedule for filing motions to supplement the record, as well as dispositive motions on the merits of the case.  These stipulations were in part intended, as a matter of efficiency, to allow plaintiffs to file a single motion to supplement the record after all missing documents had been identified, and any mutually agreeable supplementation had occurred.

In the most recent meet and confer discussion of the parties, on August 1, 2007, the parties were able to reach agreement that some of the categories of documents discovered should be submitted for inclusion in the Administrative Record by the dates set out below.  However, the BLM has represented to the plaintiffs that some of the documents it has discovered will take substantial additional time to review and prepare for inclusion in the Administrative Record, and therefore seeks a staged schedule for submission of these documents.  In addition, the parties disagree about whether some documents should be in the record at all, with BLM contending that certain documents are not properly part of the administrative record for the challenged action, and with plaintiffs seeking to include those documents as part of the official record.

Therefore, as explained and as set forth below, the Parties respectfully request that the Court modify the current schedule for filing supplements to the Administrative Record and for

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stip. to Further Continue Hearing Date on
Motions to Supplement the AR and [Proposed] Order     - 2 -
Case No. CV 06-4884-SI

21343\1318449.1

1    filing motions to supplement the Administrative Record.  The Parties will continue to work in

2    good faith to attempt to resolve any disagreements regarding the sufficiency of the Administrative

3    Record without the need for judicial intervention.  Moreover, the parties will continue to engage

4    in good faith discussions regarding the dispositive briefing schedule and whether there exists any

5    other means to expeditiously and efficiently resolve this litigation.

6
            II.    **CATEGORIES OF DOCUMENTS AND PROPOSED DATES FOR**
7                           **SUPPLEMENTATION OF RECORD**

8    A.    **Data and Maps Created in the BLM "Box" Route Designation Effort**

9            In June through August 1998, BLM engaged in a route designation process to analyze

10   detailed aerial maps of the Western Mojave planning area and assign specific resource attributes

11   to each existing route on the map, labeled the " Box" effort by BLM staff.  Plaintiffs and Federal

12   Defendants disagree about the exact results of the Box process, the reasons the resulting route

13   designation recommendations were not adopted, the relationship between the "Box" effort and the

14   decision by BLM under review in this action, and the existence and relevance of certain

15   documents and data relating to that effort.  Plaintiffs believe that maps and data used in the Box

16   effort are essential parts of BLM's decision making process and belong in the Administrative

17   Record.  While the parties disagree about the relevance of the Box process, the Federal

18   Defendants agreed to serve, and did serve, plaintiffs a copy of all computer data BLM has found

19   related to the Box process on disk on August 10, for delivery on August 13.

20           Because the dispute over whether the above-described "Box" data and information is

21   properly part of the Administrative Record is ripe for judicial determination, and because the

22   Parties are hopeful that any remaining disputes relating to the adequacy of the Administrative

23   Record can be resolved without the need for judicial intervention, thereby facilitating the

24   expeditious resolution of this litigation, the Parties respectfully request that the current schedule

25   for filing motions to supplement the Administrative Record be maintained with respect to the

26   "Box" issues.  Thus, the parties agree that Plaintiffs' deadline for filing a motion to supplement

27   the administrative record on "Box" issues would be August 31, 2007, Federal Defendants'

28   deadline for opposing Plaintiffs' motion would be September 14, 2007, and Plaintiffs' deadline

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stip. to Further Continue Hearing Date on
Motions to Supplement the AR and [Proposed] Order           - 3 -
Case No. CV 06-4884-SI

21343\1318449.1

1   for filing a reply in support of motion to supplement the administrative record would be

2   September 21, 2007, with a hearing date of October 5, 2007.

3   **B.**     **Protests, Comment Letters, Privilege Logs**

4          During the course of the underlying administrative decision made by the Federal

5   Defendants, Plaintiffs or their constituent members submitted certain comment and formal protest

6   letters to the BLM which were not produced in the Administrative Record.  The Federal

7   Defendants agreed to add these letters in a supplement to the record. The Federal Defendants also

8   asserted the attorney client privilege, the attorney work product privilege, and/or the deliberative

9   process privilege for 59 documents in the privilege log which accompanied the April 3, 2007,

10  WEMO record.  After further review, the Federal Defendants determined that they would release

11  and no longer claim privilege over approximately 24 of these documents and, in addition, would

12  redact and release portions of approximately nine (9) additional documents.  The Federal

13  Defendants also agreed to include these documents in a supplement to the record along with a

14  privilege log providing sufficient detail to allow an evaluation of the privilege claim for the

15  remaining documents.  On August 10, 2007, Federal Defendants filed the First Supplement to the

16  Administrative Record, to be delivered to all Parties on August 13, 2007.  <u>See</u> Docket No. 66.

17         If any issues remain relating to the adequacy of the revised privilege log, the scope of the

18  privilege protection sought, or if any of the comment letters or protests and responses are still

19  missing, Plaintiffs will include briefing on these issues in the above-mentioned motion to

20  supplement the record which will be filed on August 31, 2007.

21  **C.**     **Emails and Attached Documents**

22         The BLM has identified approximately 4,000 emails, some with electronic attachments,

23  which should have been reviewed for possible inclusion in the administrative record.  The BLM

24  has agreed to serve, and did serve, an electronic copy of relevant emails (and attachments) and an

25  index to Plaintiffs on a disk on August 10, for delivery on August 13, 2007.  The Federal

26  Defendants will include the relevant emails in an additional supplement to the Administrative

27  Record by September 7, 2007, which will be after the previously agreed upon deadline to file

28  motions to supplement the Administrative Record. As stated above, the parties are will continue

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stip. to Further Continue Hearing Date on
Motions to Supplement the AR and [Proposed] Order     - 4 -
Case No. CV 06-4884-SI

21343\1318449.1

to work together in good faith to resolve any future disagreements which may arise pertaining to future supplements to the Administrative Record.  However, because it may be necessary to file a second motion to supplement the record with respect to these emails, the parties request that the Court extend the deadline for motions to supplement the record with respect to these late-filed materials to September 21, 2007.  The Federal Defendants reserve the right to oppose any such motion.

**D.    Additional Miscellaneous Documents**

These documents consist of two categories.  First, the BLM has located approximately 4,000 "desert tortoise transect forms."  Second, the BLM has located a series of additional miscellaneous documents, which may include a number of oversized maps not previously included in the Administrative Record, which it believes should be now be included.  For each of these groups of documents, the BLM will reproduce and provide a set of those documents to the Plaintiffs and include these documents in an additional supplement to the Administrative Record by September 7, 2007.  As noted above, because it may be necessary to file a second motion to supplement the record with respect to these and other late-filed documents, the parties request that the Court extend the deadline for motions to supplement the record with respect to these late-filed materials to September 21, 2007.  The Federal Defendants reserve the right to oppose any such motion.

## III.    RELIEF REQUESTED

**All parties request that the Court amend the schedule for supplementation of the record and briefing as follows:**

August 31, 2007 – Plaintiffs file first Motion to Supplement the record;

September 14, 2007 – Opposition to Motion to Supplement the record;

September 21, 2007 – Reply to Opposition to Motion to Supplement;

October 5, 2007 – Hearing date for Motion to Supplement.

September 7, 2007 – Federal Defendants file an additional supplement to the record consisting of emails and miscellaneous documents, desert tortoise transect forms, maps and

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stip. to Further Continue Hearing Date on
Motions to Supplement the AR and [Proposed] Order
Case No. CV 06-4884-SI

- 5 -

21343\1318449.1

1   miscellaneous additional documents;

2        September 21, 2007 – Plaintiffs' deadline for filing motion to supplement the

3   administrative record relating to BLM's September, 7, 2007, supplements to the Administrative

4   Record, if any.

5        October 5, 2007 – Response to second motion to supplement record;

6        October 12, 2007 – Reply to second motion to supplement record;

7        October 19, 2007 – Hearing on second motion to supplement record;

8        Respectfully submitted,

9   DATED:  August 13, 2007

                                    _____
                                                  /s/
10                                   Sky C. Stanfield (CA Bar No. 244966)
                                    Paul P. "Skip" Spaulding, III (CA Bar No. 83922)
11                                   David J. Lazerwitz (CA Bar No. 221349)
                                    Andrew W. Ingersoll (CA Bar No. 221348)
12                                   Farella Braun & Martel LLP
                                    235 Montgomery Street, 17th Floor
13                                   San Francisco, CA 94104
                                    Telephone: (415) 954-4400
14                                   Facsimile: (415) 954-4480
                                    Email: sstanfield@fbm.com
15                                            sspaulding@fbm.com
                                             dlazerwitz@fbm.com
16                                            AIngersoll@fbm.com

17                                   Robert B. Wiygul (LA Bar # 17411) pro hac vice
                                    Waltzer & Associates
18                                   1025 Division Street, Suite C
                                    Biloxi, Mississippi 39530
19                                   Telephone: (228) 374-0700
                                    Facsimile: (228) 374-0725
20                                   Email: robert@waltzerlaw.com

21                                   ***Attorneys for Plaintiffs Alliance for Responsible
                                    Recreation, The Wilderness Society, Friends of
22                                   Juniper Flats, Western San Bernardino County
                                    Landowners Association, California Wilderness
23                                   Coalition, California Native Plant Society, and
                                    Community ORV Watch***

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stip. to Further Continue Hearing Date on
Motions to Supplement the AR and [Proposed] Order          - 6 -                                21343\1318449.1
Case No. CV 06-4884-SI

1

2  DATED:  August 13, 2007                              _____
                                                        /s/
   MICHAEL R. EITEL, Attorney (Neb. Bar No. 22889)
3  RONALD J. TENPAS,
   Acting Assistant Attorney General
   JEAN E. WILLIAMS, Section Chief
4  LISA L. RUSSELL, Assistant Section Chief
   U.S. Department of Justice
5  Environment & Natural Resources Division
   Wildlife & Marine Resources Section
6  Ben Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
7  Telephone: (202) 305-0210
   Facsimile: (202) 305-0275

8
   CHARLES R. SHOCKEY, Trial Attorney
9  (DC Bar No. 914879)
   U. S. Department of Justice
10 Environment and Natural Resources Division
   Natural Resources Section
11 501 "I" Street, Suite 9-700
   Sacramento, CA 95814-2322
12 Telephone: (916) 930-2203
   Facsimile: (916) 930-2210
13 Email:  charles.shockey@usdoj.gov

14 SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
15 CHARLES M. O'CONNOR (SBN 56320)
   Assistant United States Attorney
16 Environment & Natural Resources Unit
   50 Golden Gate Avenue, Box 36055
17 San Francisco, California 94102
   Telephone: (415) 436-7180
18 Facsimile: (415) 436-6748

19 ***Attorneys for Federal Defendants***

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stip. to Further Continue Hearing Date on
Motions to Supplement the AR and [Proposed] Order          - 7 -                                21343\1318449.1
Case No. CV 06-4884-SI

DATED: August 13, 2007

_____/s/_____
Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email:  lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
STANFORD ENVIRONMENTAL LAW CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

*Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors*

DATED: August 13, 2007

_____/s/_____
Paul A. Turcke pro hac vice
Moore Smith Buxton & Turcke
950 Bannock Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: PAT@msbtlaw.com

*Attorney for Defendant-Intervenors California Association of 4 Wheel Drive Clubs, United Four Wheel Drive Associations and the BlueRibbon Coalition*

[PROPOSED] ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the dates for supplementation of the record and briefing schedules set forth in the stipulation of the parties are approved.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stip. to Further Continue Hearing Date on
Motions to Supplement the AR and [Proposed] Order
Case No. CV 06-4884-SI

- 8 -

21343\1318449.1