ROBERT B. WIYGUL, ESQ. (LA Bar No. 17411)
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, Mississippi 39530
Tel: 228-374-0700/ Fax: 228-374-0725
Email: robert@waltzerlaw.com

PAUL P. "SKIP" SPAULDING, III, ESQ. (CA Bar No. 83922)
DAVID J. LAZERWITZ, ESQ. (CA Bar No. 221349)
ANDREW W. INGERSOLL, ESQ. (CA Bar No. 221348)
SKY C. STANFIELD, ESQ. (CA Bar No. 244966)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: 415-954-4400/Fax: 415-954-4480
Email: sstanfield@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, the California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Ass'n, , the California Native Plant Society, and Community ORV Watch*

[Additional Plaintiffs' Counsel Listed in Signature Block]

CHARLES R. SHOCKEY, Attorney (D.C. Bar No. 914879)
Natural Resources Section
Sacramento Field Office
Environment and Natural Resources Division
United States Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone: (916) 930-2203
Facsimile: (916) 930-2210
Email: charles.shockey@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br>　　　Plaintiffs,<br>　　v.<br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br>　　　Defendants. | Case No. 3:06 CV-04884 SI<br><br>JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION TO SUPPLEMENT THE RECORD<br><br>Date: October 19, 2007<br>Time: 9:00 a.m.<br>Court: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

1.   On April 5, 2007, the federal defendants, U.S. Bureau of Land Management (BLM), *et al.*, filed the Administrative Record for the West Mojave (WEMO) Plan.  Doc. 56.  Since then, BLM has filed two supplements to the WEMO record on August 10 and September 7, 2007, respectively.  Doc. 66, Doc. 80.  On August 13, 2007, the parties filed a joint stipulation to set a schedule for briefing on a motion to supplement the WEMO record, which the plaintiffs anticipated filing.  Doc. 67.  On August 15, 2007, the court approved that schedule.  Doc. 69.  Pursuant to that schedule, the plaintiffs, Center for Biological Diversity, *et al.*, filed a "Motion to Complete the Administrative Record and to Compel Defendants to Search for and Produce Record Documents."  Doc. 70.  The plaintiffs noted their motion for hearing on October 5, 2007.  On September 4, 2007, the court *sua sponte* issued a notice postponing the hearing date on plaintiffs' motion from October 5 to October 19, 2007.  Doc. 77.  Under the current schedule, the BLM's response to the plaintiffs' motion is due on Friday, September 14, with the plaintiffs' reply due on September 21, 2007.

2.   On September 10, 2007, counsel for the BLM contacted plaintiffs' counsel and requested an extension of time of five calendar days, from Friday, September 14, until Wednesday, September 19, 2007, to file the federal defendants' response.  The reason for the requested extension is to accommodate scheduling conflicts that have arisen, as well as personal commitments of federal defendants' counsel that will require the additional time.  Counsel for BLM proposed a comparable extension of five days for the plaintiffs' reply, from Friday, September 21, until Wednesday, September 26, 2007.  Even with the additional five days in the schedule, all briefing on the plaintiffs' motion will be completed 23 days before the hearing on October 19, 2007.

3.   The plaintiffs' counsel has agreed to the federal defendants' request to modify the briefing schedule to allow each side an additional five days, as discussed in ¶ 2, above.

### RELIEF REQUESTED

The parties to this joint stipulation request that the court modify the schedule for briefing on the plaintiffs' motion to compel as follows:

• September 19 – Opposition to motion to supplement the record on Box issues

• September 26 – Reply to Opposition to Motion to Supplement on Box issues

The hearing on the plaintiffs' motion to compel remains set for October 19, 2007, at 9:00 a.m.

Respectfully submitted this 10th day of September, 2007.

For the plaintiffs, by:

/s/ *Robert B. Wiygul*

ROBERT B. WIYGUL, ESQ. (LA Bar No. 17411)
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, Mississippi 39530
Tel: 228-374-0700/ Fax: 228-374-0725
Email: robert@waltzerlaw.com

PAUL P. "SKIP" SPAULDING, III, ESQ. (CA Bar No. 83922)
DAVID J. LAZERWITZ, ESQ. (CA Bar No. 221349)
ANDREW W. INGERSOLL, ESQ. (CA Bar No. 221348)
SKY C. STANFIELD, ESQ. (CA Bar No. 244966)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: 415-954-4400/Fax: 415-954-4480
Email: sstanfield@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper Flats, Western San Bernardino County Landowners Association, California Wilderness Coalition, California Native Plant Society, and Community ORV Watch*

/s/ *Lisa T. Belenky*

Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
STANFORD ENVIRONMENTAL LAW CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

*Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors*

For the federal defendants, by:

/s/ *Charles R. Shockey*

CHARLES R. SHOCKEY, Trial Attorney
DC Bar No. 914879
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: 916-930-2203 / Fax: 916-930-2210
Email: charles.shockey@usdoj.gov

*Attorneys for Federal Defendants*

For the Defendant-Intervenors, by:

/s/ *Paul A. Turcke*

Paul A. Turcke pro hac vice
Moore Smith Buxton & Turcke
950 Bannock Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: PAT@msbtlaw.com

***Attorney for Defendant-Intervenors California Association of 4 Wheel Drive Clubs, United Four Wheel Drive Associations and the BlueRibbon Coalition***

/s/ *David P. Hubbard*

David P. Hubbard (CA Bar No. 148660)
960 Canterbury Place
Escondido, California 92025
Telephone: (760) 432-9917
Facsimile: (760) 743-9926
Email: dph@ecobalance.biz

***Attorney for Defendant-Intervenors AMA District 37; California Off Road Vehicle Association; Off Road Business Association; San Diego Off Road Coalition: American Sand Association***

/s/ *J. Michael Klise*

J. Michael Klise (pro hac vice)
Steven P. Quarles (D.C. Bar No. 351668)
Thomas R. Lundquist (D.C. Bar. No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: Jmklise@crowell.com

Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Tel: (949) 263-8400
Fax: (949) 263-8414
Srice@crowell.com

*Attorneys for Defendant-Intervenors Kern County, San Bernardino County, Imperial County, and QuadState County Government Coalition*

### ORDER

### [PROPOSED]

GOOD CAUSE APPEARING, and pursuant to the joint stipulation of the parties, the dates for the briefing schedule on the plaintiffs' motion to compel, as set forth in the stipulation, are hereby APPROVED. The hearing remains set for October 19, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE