Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Environmental Law Clinic
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors

Additional Parties and Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:06 CV 04884 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON SUMMARY JUDGMENT BRIEFING**<br><br>Summary Judgment Hearing<br>Date: March 14, 2008<br>Time: 9:00 am<br>Courtroom: 10, 17th Floor<br>Judge: Hon. Susan Illston |

Joint Stipulation and [Proposed] Order Regarding Page Limits on Summary Judgment Briefing
Case No. 3:06 CV 04884 SI

WHEREAS, the Court's Order dated June 25, 2007, approving the Parties' Joint Stipulation to Continue Briefing Schedule and Hearing Date on Motions to Supplement the Administrative Record, Docket # 65, anticipates that Plaintiffs will move for summary adjudication of all claims in this matter on or before November 16, 2007, Federal Defendants and Intervenors may file cross-motions and responses on or before January 4, 2008, Plaintiffs may file responses and replies on or before February 2, 2008, and Federal Defendants and Intervenors may file final replies on or before February 22, 2008, with hearing on the cross-motions set for March 14, 2008.

WHEREAS, pursuant to this Court's Order Re: Intervention by AMA District 37 et al. and California Association of 4-Wheel Drive Clubs et al., Docket # 46, the two sets of *Amici* will together be entitled to file a brief on the merits with the same total number of pages (in their combined brief or separate briefs) as the Parties' briefs.

WHEREAS, Plaintiffs, Federal Defendants, Defendant-Intervenors, and *Amici* have met and conferred regarding the lengths of briefs to be filed and have reached an agreement.

WHEREAS, as set forth in the Joint Case Management Statement and 26(f) Report filed January 12, 2007 at 1-2, Docket # 28, there are two separate sets of claims included in the First Amended Complaint.

Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors have brought four claims for relief against both the Bureau of Land Management and the Fish and Wildlife Service under the Federal Land Policy and Management Act ("FLPMA"), the National Environmental Policy Act ("NEPA"), various executive orders, and the Endangered Species Act ("ESA"). The ESA claims involve both the Western Mojave Plan area ("WEMO") and the Northern and Eastern Colorado Desert area ("NECO") of the California Desert Conservation Area.

The second group of Plaintiffs — Alliance for Responsible Recreation, The Wilderness Society, the California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch — have joined only in the FLPMA and NEPA claims against the Bureau of Land Management

relating only to the WEMO Plan area.

WHEREAS, Plaintiffs, therefore, intend to file two separate motions for summary adjudication, one joined by all Plaintiffs and the other joined only by the Plaintiffs bringing ESA claims as follows:

1. The motion on the First and Second Claims for Relief in the Complaint will be joined by all Plaintiffs and seek summary adjudication of these claims against the Bureau of Land Management ("NEPA/FLPMA motion"). Plaintiffs seek an additional 10 pages over the usual 25 page limit (*see* Local Rule 7-4(b)) for a total of 35 pages for their opening brief based on the complexity of the claims and the large factual record, comprising some 7,000 documents, upon which those claims are based.

2. The motion on the Endangered Species Act claims, the Third and Fourth Claims for Relief in the Compliant, will be filed by Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors and seek summary adjudication of these claims against both the Bureau of Land Management and the Fish and Wildlife Service regarding compliance with the ESA ("ESA motion"). Plaintiffs do not seek any additional pages for this brief above the usual 25 page limit. *See* Local Rule 7-4(b).

WHEREAS Federal Defendants, Defendant-Intervenors, and *Amici* maintain that (1) the Plaintiffs should file a single brief addressing all claims pleaded in the single First Amended Complaint filed collectively by all Plaintiffs, (2) the briefing on all claims reasonably can be addressed by a single brief that conforms to the page limits in the Local Rules, but (3), in the interest of reaching agreement over this issue, the Federal Defendants, Defendant-Intervenors, and *Amici* are willing to acquiesce in the Plaintiffs' desire to file overlength briefing, provided that the Federal Defendants, Defendant-Intervenors, and *Amici* all are afforded equal numbers of pages to present their positions and reserving the right to each file consolidated briefs on all four claims, rather than separate briefs on the NEPA/FLPMA claims and the ESA claims.

Accordingly, the Plaintiffs, Federal Defendants, Defendant-Intervenors, and *Amici* stipulate to the following page limits:

**A. NEPA/FLPMA motion (Summary adjudication of Claims One and Two)**

Plaintiffs' Opening brief: up to 35 pages

Plaintiffs' Response and Reply: up to 35 pages

**B. ESA motion (Summary adjudication of Claims Three and Four)**

Plaintiffs' Opening brief: up to 25 pages

Plaintiffs' Response and Reply: up to 25 pages

**C. Federal Defendants, Defendant-Intervenors, and *Amici* motions (All Claims)**

Federal Defendants' Cross-motion and response: up to 60 pages in a single brief <u>or</u> separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA;

Defendant-Intervenors' Cross-motions and responses: up to 60 pages in a single brief <u>or</u> separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA; and

*Amicus* brief(s): up to a total of 60 pages combined between the two *amici*.

**D. Federal Defendants, Defendant-Intervenors, and *Amici* replies (All Claims)**

Federal Defendants' reply: up to 60 pages in a single brief

<u>or</u> separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA;

Defendant-Intervenors' replies: up to 60 pages in a single brief

<u>or</u> separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA;

*Amicus* will seek leave of the court if they feel it is necessary to file replies.

| | | |
|---|---|---|
| 1 | Dated: October 18, 2007 | /s/ Lisa T. Belenky |
| 2 | | Lisa T. Belenky (CA Bar No. 203225) |
| | | CENTER FOR BIOLOGICAL DIVERSITY |
| | | 1095 Market St., Suite 511 |
| 3 | | San Francisco, CA 94103 |
| | | Telephone: (415) 436-9682 x 307 |
| 4 | | Facsimile: (415) 436-9683 |
| | | Email: lbelenky@biologicaldiversity.org |

Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Environmental Law Clinic
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

**Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors**

/s/ Robert B. Wiygul
Robert B. Wiygul (LA Bar # 17411) *pro hac vice*
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, Mississippi 39530
Telephone: (228) 374-0700
Facsimile: (228) 374-0725
Email: robert@waltzerlaw.com

Paul P. "Skip" Spaulding, III (CA Bar No. 83922)
David J. Lazerwitz (CA Bar No. 221349)
dlazerwitz@fbm.com
Andrew W. Ingersoll (CA Bar No. 221348)
AIngersoll@fbm.com
Sky C. Stanfield, Esq. (CA Bar No. 244966)
sstanfield@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

**Counsel for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, the California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch**

Joint Stipulation and [Proposed] Order Regarding Page Limits on Summary Judgment Briefing      4
Case No. 3:06 CV 04884 SI

| | | |
|---|---|---|
| 1 | Dated: October 18, 2007 | /s/ Charles R. Shockey |
| 2 | | CHARLES R. SHOCKEY (DC Bar No. 914879) |
| | | U. S. Department of Justice |
| 3 | | Environment and Natural Resources Division |
| | | Natural Resources Section |
| 4 | | 501 "I" Street, Suite 9-700 |
| | | Sacramento, CA 95814-2322 |
| 5 | | Telephone: (916) 930-2203 |
| | | Facsimile: (916) 930-2210 |
| 6 | | Email: charles.shockey@usdoj.gov |
| 7 | | MICHAEL R. EITEL (Neb. Bar No. 22889) |
| | | U.S. Department of Justice |
| 8 | | Environment & Natural Resources Division |
| | | Wildlife & Marine Resources Section |
| 9 | | 1961 Stout Street, Suite DN 812 |
| | | Denver, CO 80294 |
| 10 | | Telephone: (303) 844-1479 |
| | | Facsimile: (303) 844-1350 |
| 11 | | **Attorney for Federal Defendants, BLM,** *et al.* |
| 12 | Dated: October 18, 2007 | |
| 13 | | /s/ Paul A. Turcke |
| | | Paul A. Turcke *pro hac vice* |
| 14 | | Moore Smith Buxton & Turcke |
| | | 950 Bannock Street, Suite 500 |
| 15 | | Boise, Idaho 83702 |
| | | Telephone: (208) 331-1800 |
| 16 | | Facsimile: (208) 331-1202 |
| | | Email: PAT@msbtlaw.com |
| 17 | | **Attorney for *Amici*-Defendant-Intervenors** |
| 18 | | **California Association of 4 Wheel Drive Clubs,** |
| | | **United Four Wheel Drive Associations and the** |
| 19 | | **BlueRibbon Coalition** |
| 20 | Dated: October 18, 2007 | /s/ David P.Hubbard |
| 21 | | David P. Hubbard (CA Bar No. 148660) |
| | | 960 Canterbury Place |
| 22 | | Escondido, California 92025 |
| | | Telephone: (760) 432-9917 |
| 23 | | Facsimile: (760) 743-9926 |
| | | Email: dph@ecobalance.biz |
| 24 | | **Attorney for *Amici*-Defendant-Intervenors AMA** |
| 25 | | **District 37; California Off Road Vehicle** |
| | | **Association; Off Road Business Association; San** |
| 26 | | **Diego Off Road Coalition: American Sand Association** |
| 27 | | |
| 28 | | |

Joint Stipulation and [Proposed] Order Regarding Page Limits on Summary Judgment Briefing   5
Case No. 3:06 CV 04884 SI

| | | |
|---|---|---|
| 1 | Dated: October 18, 2007 | /s/ J. Michael Klise |
| 2 | | J. Michael Klise (*pro hac vice*) |
| | | Steven P. Quarles (D.C. Bar No. 351668) |
| 3 | | Thomas R. Lundquist (D.C. Bar. No. 968123) |
| | | CROWELL & MORING LLP |
| 4 | | 1001 Pennsylvania Avenue, N.W. |
| | | Washington, D.C. 20004-2595 |
| 5 | | Tel: (202) 624-2500 |
| | | Fax: (202) 628-5116 |
| 6 | | Email: Jmklise@crowell.com |
| | | Steven P. Rice (SBN 094321) |
| 7 | | CROWELL & MORING LLP |
| | | 3 Park Plaza, 20th Floor |
| 8 | | Irvine, CA 92614-8505 |
| | | Tel: (949) 263-8400 |
| 9 | | Fax: (949) 263-8414 |
| | | Srice@crowell.com |

**Attorneys for Defendant-Intervenors Kern County, San Bernardino County, Imperial County, and QuadState Local Governments Authority**

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the page limits agreed to by the parties for the motions for summary adjudication of all claims in this action are adopted as follows:

**A.   NEPA/FLPMA motion (Summary adjudication of Claims One and Two)**

Plaintiffs' Opening brief: up to 35 pages

Plaintiffs' Response and Reply: up to 35 pages

**B.   ESA motion (Summary adjudication of Claims Three and Four)**

Plaintiffs' Opening brief: up to 25 pages

Plaintiffs' Response and Reply: up to 25 pages

**C.   Federal Defendants, Defendant-Intervenors, and *Amici* motions (All Claims)**

Federal Defendants' Cross-motion and response: up to 60 pages in a single brief <u>or</u> separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA;

Defendant-Intervenors' Cross-motions and responses: up to 60 pages in a single brief <u>or</u> separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA; and

*Amicus* brief(s): up to a total of 60 pages combined between the two *amici*.

**D.   Federal Defendants, Defendant-Intervenors, and *Amici* replies (All Claims)**

Federal Defendants' reply: up to 60 pages in a single brief <u>or</u> separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA;

Defendant-Intervenors' replies: up to 60 pages in a single brief <u>or</u> separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA;

Although the Plaintiffs intend file two separate sets of briefs, Federal Defendants, Defendant-Intervenors, and *Amici* may each file a consolidated briefs on all four claims rather than separate briefs on the NEPA/FLPMA claims and the ESA claims so long as the total number of pages of the consolidated briefs do not exceed the total number of pages allotted.

IT IS SO ORDERED.

DATED:_____         _____
                                      HONORABLE SUSAN ILLSTON
                                      UNITED STATES DISTRICT JUDGE