IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.,*<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | Case No. C-06-4884-SI<br><br>**ORDER REGARDING *IN CAMERA* REVIEW OF DOCUMENTS** |

On October 26, 2007, defendants delivered three non-redacted documents to the Court for *in camera* review pursuant to the Court's October 18, 2007 order (Docket No. 92). The Court has reviewed the documents, identified as P68, P70, and P92. The Court finds that defendants properly asserted the deliberative process privilege with respect to the redacted portions of documents P68 and P70 and with respect to all of document P90. Because defendants have already provided redacted copies of P68 and P70 as part of the Third Supplement to the Administrative Record, no further action is required. The clerk shall file copies of the three documents under seal. Defendants may contact the clerk to arrange to retrieve the original documents.

**IT IS SO ORDERED.**

Dated: November 6, 2007

　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California