Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Environmental Law Clinic
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club,
Public Employees for Environmental Responsibility, and Desert Survivors

Additional Parties and Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　Plaintiffs,<br>v.<br>BUREAU OF LAND MANAGEMENT, *et al.*,<br>　　　　Defendants. | Case No. 3:06 CV 04884 SI<br><br>**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:　　Hon. Susan Illston |

Joint Stipulation and [Proposed] Scheduling Order Re Cross Motions for Summary Judgment
Case No. 3:06 CV 04884 SI

WHEREAS, Counsel for Federal Defendants informed Plaintiffs on October 31, 2007, that Defendant Fish and Wildlife Service is preparing to amend the two biological opinions that are at issue in this action, and

WHEREAS, the Court held a status conference on November 7, 2007, has Ordered Defendants to file the two amended biological opinions by November 30, 2007, and to complete the augmented administrative records by January 18, 2008, (Docket # 98), and

WHEREAS the Court has vacated the previous scheduled date for cross motions for summary judgment, and Ordered Counsel to submit a new scheduling order for cross motions for summary judgment by November 9, 2007, and

WHEREAS, Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors anticipate challenging the amended biological opinions under the Endangered Species Act, and have agreed to issue new 60-day notices to Defendants on or before December 4, 2007 (within two business days after Defendants file the amended biological opinions).

THEREFORE, Counsel for the Parties have met and conferred and agreed to a hearing before the Court on cross motions for summary judgment on all claims on ~~**May 9, 2008,**~~ **May 16, 2008** and the following briefing schedule for cross motions for summary judgment on all claims as follows:

Plaintiffs' Opening briefs and amended complaint to be filed on or before **February 8, 2008**;

Defendants' and Intervenors' Cross-motions and responses and any *Amicus* brief(s) to be filed to be filed on or before **March 7, 2008**;

Plaintiffs' Response and Reply to be filed on or before **April 4, 2008**;

Defendants' and Intervenors' replies to be filed on or before **April 25, 2008**.

Nothing herein shall preclude Plaintiffs from seeking interim emergency relief, consistent with applicable law, prior to the Court's hearing of the cross motions for summary judgment.

DATED: November 9, 2007          /s/ Lisa T. Belenky
                                               Lisa T. Belenky (CA Bar No. 203225)
                                               CENTER FOR BIOLOGICAL DIVERSITY

1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Environmental Law Clinic
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors

/s/ Robert B. Wiygul
Robert B. Wiygul (LA Bar # 17411) *pro hac vice*
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, Mississippi 39530
Telephone: (228) 374-0700
Facsimile: (228) 374-0725
Email: robert@waltzerlaw.com

Paul P. "Skip" Spaulding, III (CA Bar No. 83922)
David J. Lazerwitz (CA Bar No. 221349)
dlazerwitz@fbm.com
Andrew W. Ingersoll (CA Bar No. 221348)
AIngersoll@fbm.com
Sky C. Stanfield, Esq. (CA Bar No. 244966)
sstanfield@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Counsel for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, the California

|   |   |   |
|---|---|---|
| 1 |   | Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch |
| 2 |   |   |
| 3 |   |   |

DATED: November 9, 2007     /s/ Charles R. Shockey
CHARLES R. SHOCKEY (DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone: (916) 930-2203
Facsimile: (916) 930-2210
Email: charles.shockey@usdoj.gov

Attorney for Federal Defendants, BLM, *et al.*

DATED: November 9, 2007      /s/ Paul A Turcke
Paul A. Turcke *pro hac vice*
Moore Smith Buxton & Turcke
950 W Bannock St, Suite 520
Boise, Idaho 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: PAT@msbtlaw.com

Attorney for Amici-Defendant-Intervenors
California Association of 4 Wheel Drive Clubs,
United Four Wheel Drive Associations and the
BlueRibbon Coalition

DATED: November 9, 2007      /s/ David P. Hubbard
David P. Hubbard (CA Bar No. 148660)
960 Canterbury Place
Escondido, California 92025
Telephone: (760) 432-9917
Facsimile: (760) 743-9926
Email: dph@ecobalance.biz

Attorney for Amici-Defendant-Intervenors AMA District 37; California Off Road Vehicle Association; Off Road Business Association; San Diego Off Road Coalition: American Sand Association

DATED:  November 9, 2007       /s/ J. Michael Klise

Joint Stipulation and [Proposed] Scheduling Order Re Cross Motions for Summary Judgment    4
Case No. 3:06 CV 04884 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

J. Michael Klise (*pro hac vice*)
Steven P. Quarles (D.C. Bar No. 351668)
Thomas R. Lundquist (D.C. Bar. No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: Jmklise@crowell.com
Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Tel: (949) 263-8400
Fax: (949) 263-8414
Srice@crowell.com

Attorneys for Defendant-Intervenors Kern County, San Bernardino County, Imperial County, and QuadState County Government Coalition

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, the hearing on cross-motions for summary judgment in this action will be held on ~~May 9, 2008~~ **May 16, 2008** at 9 a.m. and briefing shall be filed on the following schedule:

Plaintiffs' Opening briefs and amended complaint filed on or before **February 8, 2008**;

Defendants' and Intervenors' Cross-motions and responses and any *Amicus* brief(s) to be filed to be filed on or before **March 7, 2008**;

Plaintiffs' Responses and Replies to be filed on or before **April 4, 2008**;

Defendants' and Intervenors' Replies to be filed on or before **April 25, 2008.**

Nothing herein shall preclude Plaintiffs from seeking interim emergency relief, consistent with applicable law, prior to the Court's hearing of the cross motions for summary judgment.

IT IS SO ORDERED.

DATED: _____   */s/ Susan Illston*

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE