CHARLES R. SHOCKEY, Attorney (D.C. Bar No. 914879)
Natural Resources Section
Sacramento Field Office
Environment and Natural Resources Division
United States Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:   (916) 930-2210
Email:       charles.shockey@usdoj.gov

*Attorneys for Federal Defendants*

ROBERT B. WIYGUL, ESQ. (LA Bar No. 17411)
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, Mississippi  39530
Tel: 228-374-0700/ Fax: 228-374-0725
Email: robert@waltzerlaw.com

PAUL P. "SKIP" SPAULDING, III, ESQ. (CA Bar No. 83922)
DAVID J. LAZERWITZ, ESQ. (CA Bar No. 221349)
ANDREW W. INGERSOLL, ESQ. (CA Bar No. 221348)
SKY C. STANFIELD, ESQ. (CA Bar No. 244966)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Tel: 415-954-4400/Fax: 415-954-4480
Email: sstanfield@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, the California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Ass'n, , the California Native Plant Society, and Community ORV Watch*

[Additional Counsel Listed in Signature Block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br>　　　Plaintiffs,<br>　　　v.<br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br>　　　Defendants. | Case No. 3:06 CV-04884 SI<br><br>JOINT STIPULATION FOR ONE-DAY CONTINUANCE FOR FEDERAL DEFENDANTS TO FILE REPLY BRIEF AND ORDER [PROPOSED] |

1. On November 14, 2007, the Court approved a Joint Stipulation and Order setting the briefing schedule for the filing of cross-motions for summary judgment, responses, and replies by all parties. Doc. 106. All parties have adhered to that briefing schedule. The schedule approved by the Court directs the federal defendants and intervenor-defendants to file their final replies on Friday, April 25, 2008.

2. The federal defendants, U.S. Bureau of Land Management, *et al.*, contacted counsel for all other parties on Tuesday, April 22, 2008, to request consent to a brief continuance of one work day, until Monday, April 25, 2008, for the federal defendants to file their reply brief. Counsel for the federal defendants identified several conflicting deadlines and demands as the basis for the continuance. Counsel for all parties have consented to the requested continuance, as reflected by their authorized signatures on this joint stipulation. Accordingly, the parties request that the Court approve the continuance to allow the federal defendants to file their reply brief on Monday, April 28, 2008. The parties do not request any delay in the hearing on the cross-motions, which will remain set for Friday, May 16, 2008, at 9:00 a.m.

## RELIEF REQUESTED

The parties to this joint stipulation request that the Court modify the schedule for briefing for the federal defendants' reply brief as follows:

- Monday, April 28, 2008 – Federal Defendants' Summary Judgment Reply Brief
- The hearing on the parties' cross-motions for summary judgment remains set for Friday, May 16, 2008, at 9:00 a.m.

Respectfully submitted this 23rd day of April, 2008.

For the plaintiffs, by:

/s/ *Robert B. Wiygul*

ROBERT B. WIYGUL, ESQ. (LA Bar No. 17411)
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, Mississippi 39530
Tel: 228-374-0700/ Fax: 228-374-0725
Email: robert@waltzerlaw.com

PAUL P. "SKIP" SPAULDING, III, ESQ. (CA Bar No. 83922)
DAVID J. LAZERWITZ, ESQ. (CA Bar No. 221349)
ANDREW W. INGERSOLL, ESQ. (CA Bar No. 221348)
SKY C. STANFIELD, ESQ. (CA Bar No. 244966)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: 415-954-4400/Fax: 415-954-4480
Email: sstanfield@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper Flats, Western San Bernardino County Landowners Association, California Wilderness Coalition, California Native Plant Society, and Community ORV Watch*

/s/ *Lisa T. Belenky*

Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
STANFORD ENVIRONMENTAL LAW CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

*Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors*

For the federal defendants, by:

/s/ *Charles R. Shockey*

CHARLES R. SHOCKEY, Trial Attorney
DC Bar No. 914879
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: 916-930-2203 / Fax: 916-930-2210
Email: charles.shockey@usdoj.gov

*Attorneys for Federal Defendants*

For the Defendant-Intervenors, by:

/s/ *Paul A. Turcke*

Paul A. Turcke pro hac vice
Moore Smith Buxton & Turcke
950 Bannock Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: PAT@msbtlaw.com

*Attorney for Defendant-Intervenors California Association of 4 Wheel Drive Clubs, United Four Wheel Drive Associations and the BlueRibbon Coalition*

/s/ *David P. Hubbard*

David P. Hubbard (CA Bar No. 148660)
960 Canterbury Place
Escondido, California 92025
Telephone: (760) 432-9917
Facsimile: (760) 743-9926
Email: dph@ecobalance.biz

*Attorney for Defendant-Intervenors AMA District 37; California Off Road Vehicle Association; Off Road Business Association; San Diego Off Road Coalition: American Sand Association*

/s/ *J. Michael Klise*

J. Michael Klise (pro hac vice)
Steven P. Quarles (D.C. Bar No. 351668)
Thomas R. Lundquist (D.C. Bar. No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: Jmklise@crowell.com

| | |
|---|---|
| 1 | Steven P. Rice (SBN 094321) |
| 2 | CROWELL & MORING LLP |
| | 3 Park Plaza, 20th Floor |
| 3 | Irvine, CA 92614-8505 |
| | Tel: (949) 263-8400 |
| 4 | Fax: (949) 263-8414 |
| 5 | Srice@crowell.com |

**Attorneys for Defendant-Intervenors Kern County, San Bernardino County, Imperial County, and QuadState County Government Coalition**

ORDER

[PROPOSED]

GOOD CAUSE APPEARING, and pursuant to the joint stipulation of the parties, the request for the federal defendants to file their summary judgment reply brief on Monday, April 28, 2008, as set forth in the stipulation, is hereby APPROVED. The hearing on the cross-motions for summary judgment filed by all parties remains set for May 16, 2008, at 9:00 a.m.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR ONE-DAY CONTINUANCE
FOR FEDERAL DEFENDANTS TO FILE REPLY BRIEF
AND ORDER [PROPOSED]

5

CASE NO. 3:06 CV-04884 SI