IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>           Defendants.<br>                                                              / | No. C 06-4884 SI<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT BRIEFING** |

After the hearing on the parties' cross-motions for summary judgment, the Ninth Circuit Court of Appeals issued two decisions that may affect this case, *Lands Council v. McNair*, ___ F.3d ___, 2008 WL 2640001 (9th Cir. July 2, 2008) (en banc), *overruling Ecology Ctr. Inc. v. Austin*, 430 F.3d 1057 (9th Cir. 2005), and *Oregon Natural Desert Ass'n v. Bureau of Land Management*, 531 F.3d 1114 (9th Cir. July 14, 2008). *Lands Council* clarifies the appropriate standard of review in a case involving claims under the National Environmental Policy Act and the National Forest Management Act, while in *Oregon Natural Desert Association*, the Ninth Circuit reversed and remanded with instructions to remand to the BLM in a case involving, *inter alia*, claims that the BLM violated NEPA by not properly analyzing management options for grazing and off-road vehicle use in a region covered by a land management plan.

The parties have submitted these decisions to the Court, and requested the opportunity to brief the applicability of these cases to the matters before the Court. The Court GRANTS that request. Because *Lands Council* involves the standard of review rather than a discrete issue, the Court finds it would be of more assistance for the parties to rebrief the cross-motions for summary judgment

incorporating *Lands Council* as well as *Oregon Natural Desert Association*.  Accordingly, the pending motions (Docket Nos. 115, 123 & 133) are deemed WITHDRAWN, and the parties shall refile summary judgment briefs as follows: simultaneous cross-motions shall be filed no later than **September 8, 2008**, and simultaneous opposition briefs shall be filed no later than **September 22, 2008**.  The parties are granted leave to file oversized opening and opposition briefs of no more than 50 pages each.  The parties may cite to previously filed declarations and excerpts of the record.  The motions will be deemed submitted as of September 22, 2008.

**IT IS SO ORDERED.**

Dated: August 12, 2008

SUSAN ILLSTON
United States District Judge