1  Robert B. Wiygul, Esq. (LA Bar No. 17411)
   Waltzer & Associates
2  1025 Division Street, Suite C
   Biloxi, MS 39530
3  Telephone: (228) 374-0700
   Facsimile: (228) 374-0725
4  Email: robert@waltzerlaw.com

5  Paul P. "Skip" Spaulding, III, Esq. (CA Bar No. 83922)
   David J. Lazerwitz, Esq. (CA Bar No. 221349)
6  Andrew W. Ingersoll, Esq. (CA Bar No. 221348)
   Sky C. Stanfield, Esq. (CA Bar No. 244966)
7  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
8  San Francisco, CA 94104
   Telephone: (415) 954-4400
9  Facsimile: (415) 954-4480
   Email: sstanfield@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Ass'n, California Native Plant Society, and Community ORV Watch*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:06 CV 04884 SI<br><br>**JOINT STIPULATION REGARDING PAGE LIMITS ON SUPPLEMENTAL/ REVISED SUMMARY JUDGMENT BRIEFING AND [PROPOSED] ORDER** |

The Court's Order dated August 12, 2008 vacated the parties' cross-motions for summary judgment and reply briefs and ordered the parties to rebrief the cross-motions for summary judgment incorporating the recent court decisions in *Lands Council v. McNair*, -- F.3d --, 2008 WL 2640001 (9th Cir. 2008), and *Oregon Natural Desert Association v. Bureau of Land Management*, 531 F.3d 1114 (9th Cir. 2008). The Court ordered that simultaneous cross-motions

Joint Stipulation Regarding Page Limits On Supplemental/
Revised Summary Judgment Briefing and [Proposed] Order
Case No. 3:06 CV 04884 SI

21343\1696996.1

be filed no later than September 8, 2008, that simultaneous opposition briefs be filed no later than September 22, 2008, and provided leave to file oversized opening and opposition briefs of no more than 50 pages each.

Pursuant to the October 28, 2007 Order Regarding Page Limits on Summary Judgment Briefing, the parties were previously allocated the following pages for the opening briefs and the reply briefs:

A. **NEPA/FLPMA motion (Summary adjudication of Claims One and Two)**
Plaintiffs' Opening brief: up to 35 pages
Plaintiffs' Response and Reply: up to 35 pages

B. **ESA motion (Summary adjudication of Claims Three and Four)**
Plaintiffs' Opening brief: up to 25 pages
Plaintiffs' Response and Reply: up to 25 pages

C. **Federal Defendants, Defendant-Intervenors, and *Amici* motions (All Claims)**
Federal Defendants' Cross-motion and response: up to 60 pages in a single brief or separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA;
Defendant-Intervenors' Cross-motions and responses: up to 60 pages in a single brief or separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA; and
*Amicus* brief(s): up to a total of 60 pages combined between the two *amici*.

D. **Federal Defendants, Defendant-Intervenors, and *Amici* replies (All Claims)**
Federal Defendants' reply: up to 60 pages in a single brief or separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA;
Defendant-Intervenors' replies: up to 60 pages in a single brief or separate briefs of 35 pages for NEPA/FLPMA and 25 pages for ESA;
*Amicus* will seek leave of the court if they feel it is necessary to file replies.

Plaintiffs, Federal Defendants, Defendant-Intervenors, and *Amici* have met and conferred regarding the lengths of the briefs to be re-filed, and jointly request a ten (10) page addition to the page limits set forth in the August 12, 2008 order so as to accommodate the full range of issues previously briefed in addition to the new case law as requested in the Court's order. This will

also allow the Plaintiffs to continue to file separate briefs for the NEPA/FLPMA claims and for the ESA claims. This is necessary as all Plaintiffs do not join in the ESA claims.

Accordingly, upon the Court's approval, the Plaintiffs, Federal Defendants, Defendant-Intervenors, and *Amici* stipulate to the following page limits:

   A. **NEPA/FLPMA motion (Summary adjudication of Claims One and Two)**

   Plaintiffs' Opening brief: up to 35 pages

   Plaintiffs' Response and Reply: up to 35 pages

   B. **ESA motion (Summary adjudication of Claims Three and Four)**

   Plaintiffs' Opening brief: up to 25 pages

   Plaintiffs' Response and Reply: up to 25 pages

   C. **Federal Defendants, Defendant-Intervenors, and *Amici* motions (All Claims)**

   Federal Defendants' Opening brief: Up to 60 pages in a single brief

   Defendant-Intervenors' Opening brief: up to 60 pages in a single brief

   *Amicus* Opening brief(s): up to a total of 60 pages combined between the two *amici*.

   D. **Federal Defendants, Defendant-Intervenors, and *Amici* replies (All Claims)**

   Federal Defendants' Reply brief: Up to 60 pages in a single brief

   Defendant-Intervenors' Reply brief: up to 60 pages in a single brief

   *Amicus* Reply brief(s): up to a total of 60 pages combined between the two *amici*.

Dated: August 21, 2008

/s/
LISA T. BELENKY (CA Bar No. 203225)
Center For Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

|     |                          |                                                                                                                                                                                                         |
| --- | ------------------------ | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                          | /s/                                                                                                                                                                                                     |
| 2   |                          | DEBORAH A. SIVAS (CA Bar No. 135446)<br>Leah J. Russin (CA Bar No. 225336)<br>Environmental Law Clinic                                                                                                  |
| 3   |                          | Mills Legal Clinic<br>Stanford Law School                                                                                                                                                               |
| 4   |                          | Crown Quadrangle<br>559 Nathan Abbott Way                                                                                                                                                               |
| 5   |                          | Stanford, CA  94305-8610<br>Telephone:  (650) 723-0325                                                                                                                                                  |
| 6   |                          | Facsimile:  (650) 723-4426<br>Email:  dsivas@stanford.edu                                                                                                                                               |
| 7   |                          |                                                                                                                                                                                                         |
| 8   |                          | **Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors**                                                      |
| 9   |                          |                                                                                                                                                                                                         |
| 10  |                          |                                                                                                                                                                                                         |
| 11  | Dated: August 21, 2008   | /s/<br>ROBERT B. WIYGUL (LA Bar No. 17411)                                                                                                                                                              |
| 12  |                          | (*pro hac vice*)<br>Waltzer & Associates                                                                                                                                                                |
| 13  |                          | 1025 Division Street, Suite C<br>Biloxi, MI  39530                                                                                                                                                      |
| 14  |                          | Telephone:  (228) 374-0700<br>Facsimile: (228) 374-0725                                                                                                                                                 |
| 15  |                          | Email:  robert@waltzerlaw.com                                                                                                                                                                           |
| 16  |                          | /s/                                                                                                                                                                                                     |
| 17  |                          | SKY C. STANFIELD (CA Bar No. 244966)<br>Paul P. "Skip" Spaulding, III (CA Bar No. 83922)                                                                                                                |
| 18  |                          | David J. Lazerwitz (CA Bar No. 221349)<br>Andrew W. Ingersoll (CA Bar No. 221348)                                                                                                                       |
| 19  |                          | Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor                                                                                                                                         |
| 20  |                          | San Francisco, CA  94104<br>Telephone:  (415) 954-4400                                                                                                                                                  |
| 21  |                          | Facsimile:  (415) 954-4480<br>Email:  sstanfield@fbm.com                                                                                                                                                |
| 22  |                          |                                                                                                                                                                                                         |
| 23  |                          | **Counsel for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, the California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch** |
| 24  |                          |                                                                                                                                                                                                         |
| 25  |                          |                                                                                                                                                                                                         |
| 26  |                          |                                                                                                                                                                                                         |
| 27  |                          |                                                                                                                                                                                                         |
| 28  |                          |                                                                                                                                                                                                         |

Joint Stipulation Regarding Page Limits On Supplemental/
Revised Summary Judgment Briefing and [Proposed] Order
Case No. 3:06 CV 04884 SI

- 4 -

21343\1696996.1

| | |
|---|---|
| Dated: August 21, 2008 | /s/<br>CHARLES R. SHOCKEY (DC Bar No. 914879)<br>U. S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>501 "I" Street, Suite 9-700<br>Sacramento, CA 95814-2322<br>Telephone: (916) 930-2203<br>Facsimile: (916) 930-2210<br>Email: charles.shockey@usdoj.gov<br><br>/s/<br>MICHAEL R. EITEL (Neb. Bar No. 22889)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>1961 Stout Street, Suite DN 812<br>Denver, CO 80294<br>Telephone: (303) 844-1479<br>Facsimile: (303) 844-1350<br><br>**Attorney for Federal Defendants, BLM,** *et al.* |
| Dated: August 21, 2008 | /s/<br>PAUL A. TURCKE (*pro hac vice*)<br>Moore Smith Buxton & Turcke<br>950 Bannock Street, Suite 500<br>Boise, ID 83702<br>Telephone: (208) 331-1800<br>Facsimile: (208) 331-1202<br>Email: pat@msbtlaw.com<br><br>**Attorney for *Amici*-Defendant-Intervenors California Association of 4 Wheel Drive Clubs, United Four Wheel Drive Associations and the BlueRibbon Coalition** |
| Dated: August 21, 2008 | /s/<br>DAVID P. HUBBARD (CA Bar No. 148660)<br>960 Canterbury Place<br>Escondido, CA 92025<br>Telephone: (760) 432-9917<br>Facsimile: (760) 743-9926<br>Email: dph@ecobalance.biz<br><br>**Attorney for *Amici*-Defendant-Intervenors AMA District 37; California Off Road Vehicle Association; Off Road Business Association; San Diego Off Road Coalition: American Sand Association** |

| | |
|---|---|
| Dated: August 21, 2008 | /s/<br>J. MICHAEL KLISE (*pro hac vice*)<br>Steven P. Quarles (D.C. Bar No. 351668)<br>Thomas R. Lundquist (D.C. Bar. No. 968123)<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>Email: Jmklise@crowell.com |
| | /s/<br>STEVEN P. RICE (SBN 094321)<br>Crowell & Moring LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614-8505<br>Telephone: (949) 263-8400<br>Facsimile: (949) 263-8414<br>Email: Srice@crowell.com |

**Attorneys for Defendant-Intervenors Kern County, San Bernardino County, Imperial County, and QuadState Local Governments Authority**

Pursuant to General Order 45, section X.B., I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/
SKY C. STANFIELD

---

Joint Stipulation Regarding Page Limits On Supplemental/
Revised Summary Judgment Briefing and [Proposed] Order
Case No. 3:06 CV 04884 SI

- 6 -

21343\1696996.1

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the page limits agreed to by the parties for the motions for summary adjudication of all claims in this action are adopted as follows:

A. **NEPA/FLPMA motion (Summary adjudication of Claims One and Two)**

Plaintiffs' Opening brief: up to 35 pages

Plaintiffs' Response and Reply: up to 35 pages

B. **ESA motion (Summary adjudication of Claims Three and Four)**

Plaintiffs' Opening brief: up to 25 pages

Plaintiffs' Response and Reply: up to 25 pages

C. **Federal Defendants, Defendant-Intervenors, and *Amici* motions (All Claims)**

Federal Defendants' Opening brief: Up to 60 pages in a single brief

Defendant-Intervenors' Opening brief: up to 60 pages in a single brief

*Amicus* Opening brief(s): up to a total of 60 pages combined between the two *amici*.

D. **Federal Defendants, Defendant-Intervenors, and *Amici* replies (All Claims)**

Federal Defendants' Reply brief: Up to 60 pages in a single brief

Defendant-Intervenors' Reply brief: up to 60 pages in a single brief

*Amicus* Reply brief(s): up to a total of 60 pages combined between the two *amici*.

Although the Plaintiffs intend file two separate sets of briefs, Federal Defendants, Defendant-Intervenors, and *Amici* will each file a consolidated briefs on all four claims rather than separate briefs on the NEPA/FLPMA claims and the ESA claims.

IT IS SO ORDERED.

DATED:_____

*Susan Illston*

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE