IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | No. C 06-04884 SI |
| Plaintiffs, | **ORDER WITHDRAWING REFERRAL FOR SETTLEMENT CONFERENCE** |
| v. | |
| BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants. | |

The Court hereby WITHDRAWS its October 20, 2009 order of referral to Judge Spero (Docket No. 73).

**IT IS SO ORDERED.**

Dated: January 20, 2010

SUSAN ILLSTON
United States District Judge