Robert B. Wiygul, Esq. (LA Bar No. 17411)
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, MS  39530
Telephone:  (228) 374-0700
Facsimile:  (228) 374-0725
Email:  robert@waltzerlaw.com

David J. Lazerwitz, Esq. (CA Bar No. 221349)
Sky C. Stanfield, Esq. (CA Bar No. 244966)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  sstanfield@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Ass'n, California Native Plant Society, and Community ORV Watch*

*Additional Plaintiffs and Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>               Plaintiffs,<br><br>   vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>               Defendants. | Case No. 3:06 CV 04884 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE BRIEF AND EXTENSION OF PAGE LIMITS**<br><br>Date:       June 4th, 2010<br>Time:       9:00 a.m.<br>Courtroom: 10, 17th Floor<br>Judge:      Hon. Susan Illston |

1.  The Court's Notice dated February 1, 2010 accepted the briefing schedule on remedies proposed in the parties' case management report filed on January 28, 2010 and scheduled the oral argument on remedies for June 4, 2010.

2.  The parties have met and conferred regarding this schedule and hereby jointly request an extension of the briefing schedule to push all of the briefing dates out two weeks and to reschedule the oral argument accordingly.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time to
File Brief & Extension of Page Limits
Case No. 3:06 CV 04884 SI

21343\2216902.1

3. The parties thus herby request modification of the briefing schedule as follows:

- April 16, 2010 – Plaintiffs file opening brief;
- May 21, 2010 – Defendants and defendant-intervenors file response briefs;
- June 4, 2010 – Plaintiffs file reply brief.

4. The parties request that the Court schedule the matter for hearing at the earliest opportunity following the completion of briefing.

5. In addition, the parties have met and conferred regarding the lengths of the briefs to be filed, and jointly request an extension of the page limits set forth in the Civil Local Rules 7-4. Thus, if granted, the page limits would be as follows:

- Plaintiffs' Opening Brief: 35 Pages
- Defendants and Defendant-Intervenors Opposition Brief: 35 Pages
- Plaintiffs' Reply Brief: 20 Pages

Respectfully submitted this 30th day of March, 2010.

SO STIPULATED:

Dated: March 30, 2010

/s/
ROBERT B. WIYGUL (LA Bar No. 17411)
(*pro hac vice*)
Waltzer & Associates
1011 Iberville Drive
Ocean Springs, MI  39564
Telephone:  (228) 872-1125
Facsimile: (228) 872-1128
Email:  robert@waltzerlaw.com

Dated: March 30, 2010

/s/
SKY C. STANFIELD (CA Bar No. 244966)
David J. Lazerwitz (CA Bar No. 221349)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  sstanfield@fbm.com

**Counsel for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, the California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch**

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time to File Brief & Extension of Page Limits
Case No. 3:06 CV 04884 SI

- 2 -

21343\2216902.1

1  Dated:  March 30, 2010

                                                      /s/

2  LISA T. BELENKY (CA Bar No. 203225)
Center For Biological Diversity
351 California St., Suite 600
3  San Francisco, CA  94104
Telephone:  (415) 436-9682 x 307
4  Facsimile:  (415) 436-9683
Email:  lbelenky@biologicaldiversity.org

5

                                                      /s/

6  Dated:  March  30, 2010    DEBORAH A. SIVAS (CA Bar No. 135446)
Environmental Law Clinic
7  Mills Legal Clinic
Stanford Law School
8  Crown Quadrangle
559 Nathan Abbott Way
9  Stanford, CA  94305-8610
Telephone:  (650) 725-8571
10  Facsimile:  (650) 723-4426
Email:  dsivas@stanford.edu

11

12  **Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental**

13  **Responsibility, and Desert Survivors**

14  Dated:  March 30, 2010

                                                      /s/

15  CHARLES R. SHOCKEY
(DC Bar No. 914879)
16  U. S. Department of Justice
Environment and Natural Resources Division
17  Natural Resources Section
501 "I" Street, Suite 9-700
18  Sacramento, CA  95814-2322
Telephone:  (916) 930-2203
19  Facsimile:  (916) 930-2210
Email:  charles.shockey@usdoj.gov

20

                                                      /s/

21  MICHAEL R. EITEL (Neb. Bar No. 22889)
U.S. Department of Justice
22  Environment & Natural Resources Division
Wildlife & Marine Resources Section
23  1961 Stout Street, Suite DN 812
Denver, CO  80294
24  Telephone:  (303) 844-1479
Facsimile:  (303) 844-1350
25  Email:  Michael.eitel@usdoj.gov

26  **Attorney for Federal Defendants, BLM, *et al.***

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time to
File Brief & Extension of Page Limits
Case No. 3:06 CV 04884 SI

- 3 -

21343\2216902.1

| | | |
|---|---|---|
| 1 | Dated: March 30, 2010 |         /s/ |
| 2 | | PAUL A. TURCKE (*pro hac vice*)<br>Moore Smith Buxton & Turcke<br>950 West Bannock Street, Suite 550 |
| 3 | | Boise, ID  83702<br>Telephone:  (208) 331-1807 |
| 4 | | Facsimile:  (208) 331-1202<br>Email:  pat@msbtlaw.com |
| 5 | | |
| 6 | | **Attorney for *Amici*-Defendant-Intervenors California Association of 4 Wheel Drive Clubs, United Four Wheel Drive** |
| 7 | | **Associations and the BlueRibbon Coalition** |
| 8 | Dated: March 30, 2010 |         /s/<br>DAVID P. HUBBARD (CA Bar No. 148660) |
| 9 | | Gatzke Dillon & Balance LLP<br>1525 Faraday Avenue, Suite 150 |
| 10 | | Carlsbad, CA  92008<br>Telephone:  (760) 431-9501 |
| 11 | | Facsimile:  (760) 743-9926<br>Email:  dhubbard@gdandb.com |
| 12 | | |
| 13 | | **Attorney for *Amici*-Defendant-Intervenors AMA District 37; California Off Road Vehicle Association; Off Road Business** |
| 14 | | **Association; San Diego Off Road Coalition: American Sand Association** |
| 15 | | |
| 16 | Dated: March 30, 2010 |         /s/<br>J. MICHAEL KLISE (*pro hac vice*) |
| 17 | | Steven P. Quarles (D.C. Bar No. 351668)<br>Thomas R. Lundquist (D.C. Bar. No. 968123) |
| 18 | | Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W. |
| 19 | | Washington, D.C.  20004-2595<br>Telephone:  (202) 624-2500 |
| 20 | | Facsimile:  (202) 628-5116<br>Email:  jmklise@crowell.com |
| 21 | | |
| 22 | |         /s/<br>STEVEN P. RICE (SBN 094321)<br>Crowell & Moring LLP |
| 23 | | 3 Park Plaza, 20th Floor<br>Irvine, CA 92614-8505 |
| 24 | | Telephone: (949) 263-8400<br>Facsimile: (949) 263-8414 |
| 25 | | Email: Srice@crowell.com |
| 26 | | **Attorneys for Defendant-Intervenors Kern County, San Bernardino County, Imperial** |
| 27 | | **County, and QuadState Local Governments Authority** |
| 28 | | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time to
File Brief & Extension of Page Limits   - 4 -   21343\2216902.1
Case No. 3:06 CV 04884 SI

1  IT IS SO ORDERED.
2
3  Dated: March __, 2010                              _____
4                                                    SUSAN ILLSTON
                                                     United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time to
File Brief & Extension of Page Limits       - 5 -                      21343\2216902.1
Case No. 3:06 CV 04884 SI