Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Environmental Law Clinic
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club,
Public Employees for Environmental Responsibility, and Desert Survivors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:06 CV 04884 SI<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS IN SUPPORT OF REMEDIES REQUEST**<br><br>Date:       June 18, 2010<br>Time:       9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge:      Hon. Susan Illston |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PLAINTIFFS' REQ. FOR JUD. NOT. OF
DOCS. IN SUPPORT OF REMEDIES REQ.
No. 3:06 CV 04884 SI

21343\2236481.1

Plaintiffs now respectfully request the Court to take judicial notice of documents relevant to the remedies briefing in this case. Pursuant to Federal Rule Evidence 201, Plaintiffs ask the Court to take judicial notice of the following documents, true and correct copies of which are attached to the Declaration of Lisa T. Belenky in Support of this Request as Exhbits 1-5:

1. Exhibit 1, Bates stamped numbers Subsequent 000001- 000164:

   a. Environmental Assessment, Grazing Authorization ("EA") CA-680-06-78, Ord Mountain, October 2006;

   b. Notice of the Field Managers Decision ("NOFD") for Ord Mountain and Finding of No Significant Impact ("FONSI");

   c. EA, NOFD, FONSI for Valley Well Allotment

2. Exhibit 2, Bates stamped numbers Subsequent 000165-000335:

   a. EA, NOFD, FONSI for Rattlesnake Allotment

   b. EA NOFD, FONSI for Round Mountain Allotment

3. Exhibit 3, Bates stamped numbers Subsequent 000336-000603:

   a. EA, NOFD, FONSI for Shadow Mountain Allotment

   b. EA, NOFD for Stoddard Mountain Allotment

   c. EA for Rudnick Common Allotment

4. Exhibit 4, Bates stamped numbers Subsequent 000604-000647:

   a. EA for Rand Mountains Management Area Education and Permit Program and Interim ACEC Closure Rescission

   b. FONSI (Subsequent 000636-000638)

   c. Decision Record (Subsequent 000639-000643)

   d. Order IBLA 2009-77 Interim ACEC Closure Rescission, Education and Permit Program, Set Aside and Remanded, December 31, 2009 (Subsequent 000644-000647)

5. Exhibit 5: Record of Decision for the Carrizo Plain National Monument (April 5, 2010) Chapters I-III.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PLAINTIFFS' REQ. FOR JUD. NOT. OF
DOCS. IN SUPPORT OF REMEDIES REQ.
No. 3:06 CV 04884 SI         - 2 -                    21343\2236481.1

## I. LEGAL BACKGROUND

In order to take judicial notice of a document, it must be relevant and "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." F.R.E. 201(b). The Court may take judicial notice of an agency's own records and reports. *See, e.g., U.S. v. Alisal Water Corp.*, 326 F. Supp. 2d 1032, 1036 n. 5 (N.D. Cal. 2004), *aff'd,* 370 F.3d 915 (9th Cir. 2004) (taking judicial notice of articles and publications downloaded from the agency's website); *Corrie v. Caterpillar*, 2007 U.S. App. LEXIS 22133, *6, n.2 (9th Cir. 2007) ("We take judicial notice of the DSCA's guidelines for implementing the FMF'); *Tampa Elec. Co. v. Nashville Coal Co.*, 365 U.S. 320, 332, 81 S. Ct. 623, 5 L. Ed. 2d 580 & n.10 (1961) (taking judicial notice of a government publication). Further, the Court may "take judicial notice of matters of general public record." *Moxley v. Meredith*, 471 F. Supp. 777, 779 n.4 (D. D.C. 1979), *citing Phillips v. Bureau of Prisons,* 591 F.2d 966, 969 (D.C. Cir. 1979).

## II. ARGUMENT

Pursuant to the Federal Rules of Evidence, to qualify for judicial notice, documents must be "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The documents here meet this test, the Bureau of Land Management itself produced all of the documents attached hereto. Moreover, the documents are all relevant to the matter before the Court in determining the appropriate remedies in this action

In light of the above, Plaintiffs respectfully request that this Court take judicial notice of Exhibits 1-5 attached to the Declaration of Lisa T. Belenky.

DATED: April 14, 2010

/s/ Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Environmental Law Clinic
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California  94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PLAINTIFFS' REQ. FOR JUD. NOT. OF
DOCS. IN SUPPORT OF REMEDIES REQ.
No. 3:06 CV 04884 SI

- 4 -

21343\2236481.1