Robert B. Wiygul, Esq. (LA Bar No. 17411)
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, MS 39530
Telephone: (228) 374-0700
Facsimile: (228) 374-0725
Email: robert@waltzerlaw.com

David J. Lazerwitz, Esq. (CA Bar No. 221349)
Matthew E. Bostick (CA Bar No. 268563)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: mbostick@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Ass'n, California Native Plant Society, and Community ORV Watch*

*Additional Counsel on Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:06 CV 04884 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Please note the substitution of Matthew E. Bostick of Farella Braun + Martel LLP, 235 Montgomery Street, San Francisco, CA 94104, for Sky Stanfield of Farella Braun + Martel LLP as attorney for Plaintiffs Alliance for Responsible Recreation, etc. Please remove Sky C.

1 | Stanfield from the ECF service list in this matter as a recipient of electronic service at
2 | sstanfield@fbm.com.

3

4 | Dated: May 3, 2010          FARELLA BRAUN + MARTEL LLP

5

6 | By: /s/ Sky C. Stanfield
     Sky C. Stanfield

7 | **Attorney for Plaintiffs**
8 | **Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper**
9 | **Flats, Western San Bernardino County Landowners Association, California**
10 | **Wilderness Coalition, California Native Plant Society, and Community ORV Watch**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28