CHARLES R. SHOCKEY (DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone: (916) 930-2203
Facsimile: (916) 930-2210
Email:  charles.shockey@usdoj.gov

MICHAEL R. EITEL (Neb. Bar No. 22889)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, Suite DN 812
Denver, CO 80294
Telephone: (303) 844-1479
Facsimile:  (303) 844-1350

Attorney for Federal Defendants, BLM, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　Defendants. | Case No.  3:06 CV 04884 SI<br><br>**JOINT STIPULATION TO REVISE BRIEFING SCHEDULE AND PROPOSED ORDER** |

1. On September 28, 2009, the Court issued an Order Re: Summary Judgment Motions. Doc. 169. That Order granted in part and denied in part the motions for summary judgment filed by all parties. The Order set a case management conference on October 30, 2009, to discuss the remedial phase of the litigation and directed the parties to meet and confer and submit a joint case management statement.

2. Following an unsuccessful effort at negotiating an agreement on the issue of remedy, the parties proposed (Doc. 181) and the Court approved (Doc. 182) the following dates for briefing the issue of remedy:
   - April 2, 2010 – plaintiffs file opening brief
   - May 7, 2010 – defendants and defendant-intervenors file response briefs
   - May 21, 2010 – plaintiffs file reply brief

3. At the plaintiffs' request, the parties then stipulated (Doc. 183) and the Court approved (Doc. 184) the following revised briefing dates:
   - April 16, 2010 – plaintiffs file opening brief
   - May 21, 2010 – defendants and defendant-intervenors file response briefs
   - June 4, 2010 – plaintiffs file reply brief
   - June 18, 2010 at 9:00 a.m. – hearing on remedies

4. At the defendants' request, the parties now stipulate and request that the Court approve a further revision in the briefing schedule with the following dates to ensure that all parties present the Court with adequate information and argument regarding the issues involved:
   - June 18, 2010 – federal defendants' response brief – 35 pages
   - July 2, 2010 – defendant-intervenors response briefs (one from the counties and one from the combined OHV parties) – 35 pages
   - July 30, 2010 – plaintiffs' reply briefs – 20 pages

   The parties request that the Court set the matter for hearing on August 20, 2010, at 9:00 a.m. or at the earliest convenient opportunity thereafter on the Court's calendar.

Joint Stipulation to Revise Briefing Schedule
and Proposed Order - 2 - Case No. 3:06 CV 04884 SI

1 | IT IS SO STIPULATED.

2 | Respectfully submitted this 13th day of May, 2010.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation to Revise Briefing Schedule
and Proposed Order - 3 - Case No. 3:06 CV 04884 SI

/s/ Charles R. Shockey
CHARLES R. SHOCKEY (DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone: (916) 930-2203
Facsimile: (916) 930-2210
Email: charles.shockey@usdoj.gov

MICHAEL R. EITEL (Neb. Bar No. 22889)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, Suite DN 812
Denver, CO 80294
Telephone: (303) 844-1479
Facsimile: (303) 844-1350

**Attorney for Federal Defendants, BLM,** *et al.*

/s/ Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
351 California St., Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

/s/ Deborah A. Sivas
Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Environmental Law Clinic
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

**Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors**

Joint Stipulation to Revise Briefing Schedule
and Proposed Order  - 4 -  Case No. 3:06 CV 04884 SI

/s/ David J. Lazerwitz
Robert B. Wiygul (LA Bar # 17411) *pro hac vice*
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, Mississippi 39530
Telephone: (228) 374-0700
Facsimile: (228) 374-0725
Email: robert@waltzerlaw.com


Paul P. "Skip" Spaulding, III (CA Bar No. 83922)
David J. Lazerwitz (CA Bar No. 221349)
dlazerwitz@fbm.com
Matthew Bostick (CA Bar No. 268563)
mbostick@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

**Counsel for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, the California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch**


/s/ Paul A. Turcke
Paul A. Turcke *pro hac vice*
Moore Smith Buxton & Turcke
950 Bannock Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: PAT@msbtlaw.com

**Attorney for *Amici*-Defendant-Intervenors California Association of 4 Wheel Drive Clubs, United Four Wheel Drive Associations and the BlueRibbon Coalition**

/s/ David P. Hubbard
David P. Hubbard (CA Bar No. 148660)
960 Canterbury Place
Escondido, California 92025
Telephone: (760) 432-9917
Facsimile: (760) 743-9926
Email: dph@ecobalance.biz

**Attorney for *Amici*-Defendant-Intervenors AMA District 37; California Off Road Vehicle Association; Off Road Business Association; San Diego Off Road Coalition: American Sand Association**

/s/ J. Michael Klise
J. Michael Klise (*pro hac vice*)
Steven P. Quarles (D.C. Bar No. 351668)
Thomas R. Lundquist (D.C. Bar. No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: Jmklise@crowell.com
Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Tel: (949) 263-8400
Fax: (949) 263-8414
Srice@crowell.com

**Attorneys for Defendant-Intervenors Kern County, San Bernardino County, Imperial County, and QuadState Local Governments Authority**

IT IS SO ORDERED.

DATED this ____ day of May, 2010.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Joint Stipulation to Revise Briefing Schedule
and Proposed Order — - 6 - — Case No. 3:06 CV 04884 SI