Robert B. Wiygul, Esq. (LA Bar No. 17411)
Waltzer & Associates
1011 Iberville Drive
Ocean Springs, MI 39564
Telephone: (228) 872-1125
Facsimile: (228) 872-1128
Email: robert@waltzerlaw.com

David J. Lazerwitz, Esq. (CA Bar No. 221349)
Matthew E. Bostick (CA Bar No. 268563)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: mbostick@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Ass'n, California Native Plant Society, and Community ORV Watch*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:06 CV 04884 SI<br><br>**NOTICE OF WITHDRAWAL OF CALIFORNIA WILDERNESS COALITION**<br><br>Date: September 3, 2010<br>Time: 9:00 a.m.<br>Courtroom: 10, 17th Floor<br>Judge: Hon. Susan Illston |

The California Wilderness Coalition, through undersigned counsel, gives notice that it is withdrawing as a plaintiff in the above-captioned matter. Undersigned counsel will continue to represent plaintiffs Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper Flats, Western San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch. The California Wilderness Coalition's withdrawal will therefore have no effect on substantive, scheduling or other aspects of the case.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF WITHDRAWAL OF
CALIFORNIA WILDERNESS COALITION

21343\2274973.1

| | |
|---|---|
| Dated: June 1, 2010 | /s/ Robert B. Wiygul<br>ROBERT B. WIYGUL (LA Bar No. 17411)<br>(*pro hac vice*)<br>Waltzer & Associates<br>1011 Iberville Drive<br>Ocean Springs, MI 39564<br>Telephone: (228) 872-1125<br>Facsimile: (228) 872-1128<br>Email: robert@waltzerlaw.com |
| Dated: June 1, 2010 | /s/ Matthew E. Bostick<br>David J. Lazerwitz (CA Bar No. 221349)<br>Matthew E. Bostick (CA Bar No. 268563)<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>Email: mbostick@fbm.com |

**Counsel for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, the California Wilderness Coalition, Friends of Juniper Flats, Western San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF WITHDRAWAL OF
CALIFORNIA WILDERNESS COALITION -2-

21343\2274973.1