IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

CHARLES R. SHOCKEY, Attorney (D.C. Bar No. 914879)
Natural Resources Section, Sacramento Field Office
Environment and Natural Resources Division
United States Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:  (916) 930-2203
Facsimile:  (916) 930-2210
Email:      charles.shockey@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., Plaintiffs, | Case No. 3:06-cv-04884 SI |
| v. | **Declaration of Kelly Claar** |
| U.S. BUREAU OF LAND MANAGEMENT, et al., Federal Defendants, | |
| and | |
| KERN COUNTY, CALIFORNIA, et al., Intervenor-Defendants. | |

I, KELLY CLAAR, declare as follows. I am over 21 years old, I have personal knowledge of the following, and I could testify competently if called as a witness.

1. I am a State Park Peace Officer Supervisor (Ranger) for the Off-Highway Motor Vehicle Recreation (OHMVR) Division. The OHMVR Division provides guidance and expertise for OHV Law Enforcement under the authority of the Public Resources Code 5090.32. The OHMVR Division also administers the Grants and Cooperative Agreements Program under the authority of PRC 5090.50, which provides funding for local agencies and federal land managers. In this capacity, I was responsible for staying apprised of off-highway vehicle (OHV) issues related to areas that receive funding from the OHMVR Division grants and cooperative agreements program. In addition, I reviewed the various agency OHV law enforcement programs and ensure the funding given is being used in accordance with the program's regulations.

2. Part of the responsibilities associated with my position was to communicate with law enforcement agencies, residents, and grantees. Monitoring of these areas by on the ground patrols and site visits is a function of my position. Prior to January of 2010, I was assigned by the OHMVR Division as the liaison for the southern geographic area of the state which included San Bernardino County.
Whenever I was in close proximity to the Wonder Valley area, I would make a point to pass through the area to monitor activity and survey the landscape for any evidence of inappropriate OHV activity.

3. The Wonder Valley area is in San Bernardino County and part of a Bureau of Land Management (BLM) planning area known as the West Mojave planning area. The unincorporated area known as Wonder Valley is roughly 20 by 10 miles and consists of a system of dirt roads and a mixture of private property and public lands. The public lands area is managed pursuant to a land use plan known as the West Mojave Land Use Plan of 2006, which is an amendment to the California Desert Conservation Area Plan ("CDCA") of 1980, as amended.

4. General Facts and Significant Information:

    a) On December 3rd, 2008, at the OHMVR Commission meeting, the OHMVR Division and the OHMVR Commission discussed letters from residents of Wonder Valley describing concerns raised by residents regarding alleged OHV trespass on private property in the Morongo Basin. The OHMVR Division's public safety team was assigned to investigate the situation.

    b) On January 16, 2009, law enforcement officers from the OHMVR Division held three meetings in the Wonder Valley area with local law enforcement agencies including; San Bernardino County Sheriff's Department, BLM, and San Bernardino County Code Enforcement. In addition, members of the public safety team met with local residents and representatives from San Bernardino County Sheriff's Department in the Wonder Valley area. Furthermore, the public safety team met separately with the primary reporting parties. At the meeting with the reporting parties, the public safety team was told that President's Day Holiday weekend was the time of year when the highest number of OHV

Declaration of Kelly Claar      3      Case No. 3:06-cv-04884 SI

related violations occurred in the Wonder Valley area, and that the disturbance from illegal OHV activity drove them out of their homes during that period.

c) On Saturday, February 14, 2009, five State Park Peace Officers deployed to Wonder Valley to respond to all public safety calls for service in order that the local agencies could deploy to other areas of San Bernardino County. The weather was ideal for OHV recreation. The weather was sunny, and the temperature was approximately 65 degrees Fahrenheit. It had rained the day before which kept the dust down. Officers focused on areas near homes and businesses of the reporting parties. They patrolled the Wonder Valley area for 10 hours on Saturday. One officer returned on the morning of February 15, 2009, for approximately two hours. The only OHV activity witnessed by the officers was one ATV being ridden slowly behind a fence on private property.

d) On May 9th 2009 at the OHMVR Commission meeting, after the public safety report by OHMVR Division staff, a representative for the reporting parties spoke during public comment. This representative alleged that the reason there was no OHV activity on the date State Park Peace Officers were deployed, was because officers had warned OHV enthusiasts to avoid the area.

In addition at this meeting, the OHMVR Division announced its intention to continue to monitor the situation with periodic visits by law officers. Officers also offered assistance to local enforcement agencies and to property owners of the Wonder Valley area, in order to resolve alleged conflicts related to OHV recreation.

Declaration of Kelly Claar                4                    Case No. 3:06-cv-04884 SI

e) On July 27, 2009, I patrolled through the Wonder Valley area in an unmarked vehicle. I started at 1420 hours and finished at 1520 hours. The temperature was 104 degrees Fahrenheit. Although I saw residents moving about the community, no off-highway motor vehicles were observed.

f) On September 29, 2009, I patrolled through the Wonder Valley area in an unmarked vehicle. I began the patrol at 20:20 hours and completed it after dark at 21:20 hours. The temperature was between 81 and 78 degrees Fahrenheit and it was overcast. The area was quiet and though I saw street legal vehicles, I did not observe any OHV activity.

g) On December 15, 2009, I made contact with Sergeant James Porter of the Yucca Valley Police Department (San Bernardino Sheriff's Department) in regards to an article received by the OHMVR Division alleging vandalism and trespassing by OHV recreationists at the Poste Homestead in the Wonder Valley area. Sgt. Porter discussed the details of their agency's investigation with me, and at that time I felt there was no need for any further investigation above and beyond what had already been completed.

h) On March 17, 2010, I patrolled through the Wonder Valley area in an unmarked unit with a second State Park Peace Officer. We started our patrol at 1725 and left at 1910 hours. The weather was clear and 82 degrees Fahrenheit. I spoke with Joe Ostrander and Phil Klasky, both residents of the Wonder Valley area. I saw no OHV activity of any

Declaration of Kelly Claar　　　　　5　　　　　Case No. 3:06-cv-04884 SI

kind and neither resident reported that they had seen any legal or illegal OHV activity to me.

h) On April 12, 2010, I patrolled through the Wonder Valley area in an unmarked unit. I started at 1900 hours and left the area at 20:00 hours. The weather was clear and the temperature was in the high 60's and breezy. I saw people in the area, but none of the residents that I had made contact with in the past appeared to be home. I visited the site known as the Poste Homestead. I saw no evidence of the kind of damage that had been previously reported by local residents. The area appeared unoccupied and undisturbed.

5. In addition the OHMVR Division provides the following information relevant to this declaration:

    a. The OHVMR Division provides grants to local, state and federal entities, Native American tribes, educational institutions, and eligible nonprofit organizations to support planning, acquisition, development, maintenance, operation, enforcement, restoration, and conservation of trails, areas, and facilities associated with the use of off-highway motor vehicle recreation.

    b. Since 1981, the BLM has received approximately $150 million dollars through this program.

Declaration of Kelly Claar         6         Case No. 3:06-cv-04884 SI

c. During the last three years (2006 through 2009) the Barstow Field Office of the BLM has received grant funds from the OHMVR Division to support the operations in its area of responsibility as follows:

- Law Enforcement - $634,533
- Restoration - $2,334,548
- Operations and Maintenance - $365,000
- Development - $199,152
- Planning - $101,000
- Conservation - $54,598

6. The OHMVR Division has conducted an investigation independent from, but with the cooperation of the BLM, San Bernardino County Sheriff's Department, and San Bernardino County Code Enforcement. OHMVR Division peace officers were deployed on a weekend that the reporting parties stated would be the busiest weekend of the year. OHMVR Division peace officers continue to patrol through the area occasionally. OHMVR Division peace officers have not observed during any patrols or deployments, any ongoing off-highway vehicle trespass on private property or illegal operation on BLM property in Wonder Valley.

I declare under penalty of perjury under 28 U.S.C. 1746 that the foregoing is true and correct and that this declaration was executed on June 17, 2010 in Sacramento, California.

*Kelly Claar* (signature)

Kelly Claar

Declaration of Kelly Claar            7            Case No. 3:06-cv-04884 SI