IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>            Defendants,<br><br>KERN COUNTY, CALIFORNIA, *et al*,<br><br>            Intervenor-Defendants. | No. C 06-4884 SI<br><br>**REQUEST FOR RESPONSE RE: FEDERAL DEFENDANTS' REQUEST FOR A SITE VISIT** |

On June 19, 2010, the federal defendants filed a Request for Site Visit. (Docket No. 220). The Court requests that plaintiffs (and intervenor-defendants, if they wish) file a response to the request by **July 2, 2010**.

**IT IS SO ORDERED.**

Dated: June 25, 2010

SUSAN ILLSTON
United States District Judge