**1HR/1 MINUTE**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 9/3/10

Case No.   C06-4884. E SI          Judge:   SUSAN ILLSTON

Title: CENTER FOR BIOLOGICAL DIVERSITY -v- U.S. BUREAU OF LAND MANAGEMENT

Attorneys: Stanfield, Belenky, Kapla, Belenky, Klise, Shockey, Bostick, Hubbard, Porter, Niebauer, Sivas

Deputy Clerk:  Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1) Motion for Partial Vacatur and Injunctive Relief - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( X)Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to
Case continued to

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: