IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. C 06-4884 SI |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| v. | |
| US BUREAU OF LAND MANAGEMENT, | |
| Defendant. | |

This Court hereby refers to a Magistrate Judge of this court consideration of reports required by the Order re Remedy issued on January 28, 2011 (Docket No. 243), and resolution of any disputes which arise with regard to BLM's implementation of mitigation measures during the remand period.

**IT IS SO ORDERED.**

Dated: January 28, 2011

SUSAN ILLSTON
United States District Judge