David J. Lazerwitz, Esq. (CA Bar No. 221349)
Matthew E. Bostick, Esq. (CA Bar No. 268563)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dlazerwitz@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper Flats, Western San Bernardino Landowners Ass'n, California Native Plant Society, and Community ORV Watch*

*Additional Counsel on Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:06 CV 04884 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REQUEST FOR ATTORNEYS' FEES AND COSTS** |

1.  The Court's Order Re: Remedy ("Order"), dated January 28, 2011, directed the parties to meet and confer regarding Plaintiffs' requests for attorneys' fees and costs and, if the parties were unable to resolve the requests, ordered Plaintiffs to submit any requests for attorneys' fees and costs within 60 days of the date of the Order.

2.  The parties have met and conferred regarding attorneys' fees and costs, and have agreed to continue those discussions and exchange additional documentation in an effort to resolve the fees and costs issue as requested by the Court.

3.  The parties now stipulate and request that the Court extend by 30 days Plaintiffs' deadline to submit any requests for attorneys' fees and costs. If the Court grants this request for an extension of time, and subject to any further extensions to allow for the parties to continue

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time for
Plaintiffs to File Request for Attorneys' Fees and Costs
Case No. 3:06 CV 04884 SI

21343\2547833.1

1   to negotiate in good faith, Plaintiffs would be required to submit any requests for

2   attorneys' fees and costs by April 28, 2011.

3   Respectfully submitted this 21st day of March, 2011.

4   SO STIPULATED:

5   Dated:  March 21, 2011                /s/  Matthew Bostick
                                          MATTHEW BOSTICK (CA Bar No. 268563)
6                                         David J. Lazerwitz (CA Bar No. 221349)
                                          Farella Braun & Martel LLP
7                                         235 Montgomery Street, 17th Floor
                                          San Francisco, CA  94104
8                                         Telephone:  (415) 954-4400
                                          Facsimile:  (415) 954-4480
9                                         Email:  mbostick@fbm.com

10  Dated:  March 21, 2011                /s/  Sky C. Stanfield
                                          SKY C. STANFIELD (CA Bar No. 244966)
11                                        Keyes & Fox LLP
                                          436 14th Street, Suite 1305
12                                        Oakland, CA 94612
                                          Telephone:  (510) 314-8204
13                                        Facsimile: (510) 225-3848
                                          Email:  sstanfield@keyesandfox.com
14
                                          **Counsel for Plaintiffs Alliance for**
15                                        **Responsible Recreation, The Wilderness**
                                          **Society, Friends of Juniper Flats, Western**
16                                        **San Bernardino Landowners Association,**
                                          **the California Native Plant Society, and**
17                                        **Community ORV Watch**

18  Dated:  March 21, 2011                /s/  Lisa T. Belenky
                                          LISA T. BELENKY (CA Bar No. 203225)
19                                        Center For Biological Diversity
                                          351 California St., Suite 600
20                                        San Francisco, CA  94104
                                          Telephone:  (415) 436-9682 x 307
21                                        Facsimile:  (415) 436-9683
                                          Email:  lbelenky@biologicaldiversity.org
22
                                          **Attorneys for Plaintiffs Center for**
23                                        **Biological Diversity, Sierra Club, Public**
                                          **Employees for Environmental**
24                                        **Responsibility, and Desert Survivors**

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time for
Plaintiffs to File Request for Attorneys' Fees and Costs                - 2 -                                                21343\2547833.1
Case No. 3:06 CV 04884 SI

Dated: March 21, 2011

/s/  Charles R. Shockey
CHARLES R. SHOCKEY
(DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA  95814-2322
Telephone:  (916) 930-2203
Facsimile:  (916) 930-2210
Email:  charles.shockey@usdoj.gov

**Attorney for Federal Defendants, BLM, et al.**

IT IS SO ORDERED.

Dated: March 22, 2011

SUSAN ILLSTON
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time for Plaintiffs to File Request for Attorneys' Fees and Costs
Case No. 3:06 CV 04884 SI

- 3 -

21343\2547833.1