IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>US BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>    Defendants.<br>                  / | No. C 06-4884 SI<br><br>**JUDGMENT** |

  In an order filed September 28, 2009, the Court granted summary judgment in favor of plaintiffs on some claims and granted summary judgment in favor of defendants on other claims. In an order filed January 29, 2011, the Court filed an Order re: Remedy. Defendants appealed both orders and subsequently dismissed the appeal.

  Accordingly, the Court enters judgment in favor of plaintiffs and against defendants. The Court retains jurisdiction to enforce the terms of the January 29, 2011 order and to hear any motion for attorneys' fees.

  **IT IS SO ORDERED AND ADJUDGED.**

Dated: September 28, 2011

                         SUSAN ILLSTON
                         United States District Judge