IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

MICHAEL R. EITEL, Trial Attorney (Neb. Bar No. 22889)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, 8th Floor, Room 812
Denver, CO 80294
Telephone:     (303) 844-1479
Facsimile:     (303) 844-1350
Email:         michael.eitel@usdoj.gov

CHARLES R. SHOCKEY, Attorney (D.C. Bar No. 914879)
Natural Resources Section
Sacramento Field Office
Environment and Natural Resources Division
United States Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:     (916) 930-2203
Facsimile:     (916) 930-2210
Email:         charles.shockey@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, )<br>        Plaintiffs, )<br>        v.                              )<br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*, )<br>        Federal Defendants, and          )<br>                                          )<br>KERN COUNTY, CALIFORNIA, *et al.*,        )<br>        Intervenor-Defendants.           ) | Case No. 3:06 CV-04884 SI<br><br>STIPULATION ON ATTORNEYS' FEES AND COSTS –<br>CENTER FOR BIOLOGICAL DIVERSITY, *ET AL*. PLAINTIFFS;<br>ORDER [PROPOSED] |

The Federal Defendants, U.S. Bureau of Land Management (BLM), *et al.*, and the coalition of plaintiffs consisting of the Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors (collectively, the CBD Plaintiffs), submit this stipulation and proposed order to request that the Court approve their settlement of the CBD Plaintiffs' motion for attorneys' fees and costs (Doc. 258). The Federal Defendants and the CBD Plaintiffs hereby agree and stipulate as follows:

1. The Federal Defendants agree to settle the claim for attorneys' fees and costs of litigation filed by the CBD Plaintiffs for $180,000.00, which shall be paid by the Bureau of Land Management pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

2. Payment, as identified in Paragraph 1 above, shall be accomplished by electronic fund transfer(s) of $90,000.00 into the Client Trust Account of the Center for Biological Diversity and $90,000.00 into the Client Trust Account of the Mills Legal Clinic of Stanford Law School. Undersigned counsel for the CBD Plaintiffs shall provide to the undersigned counsel for the Federal Defendants the appropriate account numbers and any other information needed to make payment. The Federal Defendants shall submit the necessary paperwork for payment to the appropriate Bureau of Land Management authorities within twenty (20) business days after this stipulation is entered by the Court <u>or</u> after the CBD Plaintiffs provide the information required to facilitate the payment, whichever is later. The CBD Plaintiffs' attorneys shall notify the Federal Defendants' attorneys when payment is received. The BLM shall make all reasonable efforts to make payment within approximately forty-five (45) days after receipt of the CBD Plaintiffs' bank account and routing number.

3. The CBD Plaintiffs agree to accept payment of $180,000.00 in full satisfaction of any and all claims for attorneys' fees and costs in the above-captioned litigation.

4. The CBD Plaintiffs' attorneys agree that they will receive funds in trust for the CBD Plaintiffs, and the CBD Plaintiffs agree to this procedure. The CBD Plaintiffs and their attorneys agree to hold harmless the Federal Defendants in any litigation, further suit, or claim arising from the payment of the agreed-upon $180,000.00 settlement amount pursuant to Paragraph 2.

5. This Stipulation is the result of compromise and settlement, and it is based on and limited solely to the facts involved in this case. This Stipulation does not represent an admission by

any Party to any fact, claim, or defense concerning any issue in this case.  Further, this Stipulation has no precedential value and shall not be used as evidence by either the Federal Defendants or the CBD Plaintiffs in any other litigation except as necessary to enforce the terms of the Stipulation.  Nothing in this Stipulation shall be interpreted as, or shall constitute, a requirement that the Federal Defendants are obligated to pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

      6.     The undersigned representatives of the CBD Plaintiffs and the Federal Defendants certify that they are fully authorized by the respective Parties whom they represent to enter into the terms and conditions of this Stipulation and legally to bind such Parties to the Stipulation.

      7.     Nothing in the terms of the Stipulation shall be construed to limit or deny the power of a federal official to promulgate or amend regulations.

      8.     This Stipulation represents the entirety of the undersigned Parties' commitments with regard to settlement of the CBD Plaintiffs' claim for attorneys' fees and costs.  The terms of this agreement shall become effective upon approval by the Court of this Stipulation.

IT IS HEREBY AGREED AND SO STIPULATED.

Dated: October 24, 2011

/s/  Charles R. Shockey
CHARLES R. SHOCKEY
(DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA  95814-2322
Telephone:  (916) 930-2203
Facsimile:  (916) 930-2210
Email:  charles.shockey@usdoj.gov
**Attorneys for Federal Defendants, BLM, *et al.***

Dated: October 24, 2011

/s/  Lisa T. Belenky
LISA T. BELENKY (CA Bar No. 203225)
Center For Biological Diversity
351 California St., Suite 600
San Francisco, CA  94104
Telephone:  (415) 436-9682 x 307
Facsimile:  (415) 436-9683
Email:  lbelenky@biologicaldiversity.org

Dated: October 24, 2011

/s/ Deborah A. Sivas

DEBORAH A. SIVAS (CA Bar No. 135446)
ROBB W. KAPLA (CA Bar No. 238896)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic of Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94308-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu
Email: rkapla@stanford.edu

**Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors**

IT IS SO ORDERED.

_[signature: Susan Illston]_

DATED: _10/24_____, 2011.

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE