**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. C 06-04884 SI (NJV) |
| Plaintiff(s), | ORDER REQUIRING PARTIES TO MEET AND CONFER AND SETTING SPECIAL STATUS CONFERENCE |
| v. | |
| US BUREAU OF LAND MANAGEMENT, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Status Conference date previously scheduled for June 19, 2012 is VACATED.  Plaintiff's have requested a special status conference to address enforcement of the District Court's remedies order (Doc. 307).  The District Court has referred such matters to the undersigned (Doc. 244).  The parties are ordered to meet and confer **in person** no later than June 29, 2012 and to file a joint five-page letter brief addressing any outstanding issues no later than July 9, 2012 at 4:30 p.m.  A special status conference shall be held on July 18, 2012 at 1:00 p.m., Courtroom B, 450 Golden Gate Avenue, San Francisco, California.

Dated:  June 5, 2012

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE