UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br><br>            Plaintiff(s),<br><br>  v.<br><br>U.S. BUREAU OF LAND MANAGEMENT<br><br>            Defendant(s).<br>_____/ | No. C-06-04884 SI (NJV)<br><br>**ORDER RE PLAINTIFFS' REQUEST FOR SPECIAL STATUS CONFERENCE** |

      Plaintiffs have filed a "request for special status conference to address enforcement of remedies order" and have asked that the undersigned "assist the parties in the resolution of the issues that have arisen with respect to the BLM's implementation of mitigation measures during the remand period." Doc. No. 307 at 1. The Court has scheduled a status conference on July 18, 2012, to discuss the scope of the issues, determine whether the parties can resolve any issues without court involvement, and if not, address the logistics of any motion to enforce the district court's prior order. To these ends, the Court orders the parties to meet and confer to address the issues raised in Plaintiffs' filing. No later than 4 p.m. on July 13, 2012, the parties shall file a joint letter brief not to exceed five pages that addresses the following points:

    1. Issues that the parties have resolved, or that the parties agree can be resolved through the meet and confer process or other informal efforts;

    2. Issues that require the Court's intervention;

    3. Dates on which the parties are available to argue Plaintiffs' motion.

**IT IS SO ORDERED**.

Dated: June 21, 2012

Nandor J. Vadas
United States Magistrate Judge