David J. Lazerwitz, Esq. (CA Bar No. 221349)
Matthew E. Bostick, Esq. (CA Bar No. 268563)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dlazerwitz@fbm.com
Email: mbostick@fbm.com

Robert B. Wiygul, Esq. (LA Bar No. 17411)
Waltzer & Wiygul
1011 Iberville Drive
Ocean Springs, MS 39564
Telephone: (228) 872-1125
Facsimile: (228) 872-1128
Email: robert@waltzerlaw.com

Sky C. Stanfield, Esq. (CA Bar No. 244966)
Keyes, Fox & Wiedman LLP
436 14th Street, Suite 1305
Oakland, CA 94612
Telephone: (510) 314-8204
Facsimile: (510) 225-3848
Email: sstanfield@kfwlaw.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper Flats, Western San Bernardino Landowners Ass'n, California Native Plant Society, and Community ORV Watch*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:06 CV 04884 SI<br><br>**[PROPOSED] ORDER FOLLOWING SPECIAL STATUS CONFERENCE TO ADDRESS ENFORCEMENT OF REMEDIES ORDER**<br><br>Hearing Held: October 24, 2012<br>Time: 1:00 p.m.<br>Judge: Hon. Nandor J. Vadas |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER RE: ENFORCEMENT OF
REMEDIES ORDER (No. 3:06 CV 04884 SI)

21343\3355322.1

On September 28, 2009, Judge Illston entered an "Order re: Summary Judgment Motions" finding that Defendants United States Bureau of Land Management, *et al.*, ("Federal Defendants") had violated the National Environmental Policy Act ("NEPA") and the Federal Land and Policy Management Act ("FLPMA") when they adopted the Western Mojave ("WEMO") management plan amendment. *See* Doc. 169. In a subsequent order of January 29, 2011 (hereinafter referred to as the "Remedies Order"), Judge Illston addressed the appropriate terms of injunctive relief directed at protecting public resources during the remand of the WEMO Plan to the agency. *See* Doc. 243. The Court noted that "[t]he extensive evidence submitted by plaintiffs shows that the BLM has not fully implemented the mitigation measures set out in the WEMO Plan, and in many areas there are significant deficiencies," and further that "the majority of harms identified by plaintiffs are as a result of unauthorized OHV ["off-highway vehicle"] use, that is, OHV vehicles traveling off of the designated OHV route." Remedies Order, Doc. 243 at 13, 8. As a result, among other actions, Judge Illston ordered the Federal Defendants to do the following:

> Within 90 days of the Court's order, the BLM shall provide the Court with a monitoring plan to determine (a) compliance with route closures and (b) whether new illegal routes are being created. The monitoring plan should demonstrate that the effort will be adequate to determine compliance at a statistically significant level.

Remedies Order, Doc. 243 at 14-15. By separate order, Judge Illston referred to a Magistrate Judge of this Court consideration of reports required by the Remedies Order and resolution of any disputes arising with regard to Defendant United States Bureau of Land Management's ("BLM") implementation of mitigation measures during the remand period. *See* Doc. 244.

Plaintiffs the Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper Flats, Western San Bernardino Landowners Association, California Native Plant Society, and Community ORV Watch ("ARR Plaintiffs") set forth specific concerns regarding the Federal Defendants' compliance with the Remedies Order in their May 31, 2012 Request for Special Status Conference to Address Enforcement of Remedies Order (*see* Doc. 307) and in subsequent meet and confer correspondence with counsel for BLM. After further meet and confer efforts, the

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER RE: ENFORCEMENT OF
REMEDIES ORDER (No. 3:06 CV 04884 SI)    - 1 -    21343\3355322.1

1  Parties provided additional details on the remaining disputed issues regarding remedies
2  enforcement in an October 9, 2012 Joint Status Report Re: Enforcement of Remedies Order. *See*
3  Doc. 319.

4  On October 24, 2012, this Court heard argument and considered evidence on these issues
5  presented by counsel for the ARR Plaintiffs and Plaintiffs Center for Biological Diversity, *et al.*
6  (collectively "Plaintiffs"); counsel for BLM; and counsel for the American Motorcyclists
7  Association District 37, *et al.* (the "OHV Intervenors"). Upon consideration of the briefing
8  submitted by the Parties, the record, and the arguments of counsel and evidence submitted at the
9  hearing, the Court orders as follows:

10  1) BLM shall provide to Plaintiffs copies of a map or maps showing the locations of all
11    kiosks in the Western Mojave Planning Area by October 29, 2012;
12  2) BLM shall update the Parties and the Court by December 31, 2012, as to the
13    progress of its Barstow and Ridgecrest field offices in completing comprehensive
14    databases of legal and illegal OHV routes in the WEMO, and disclose details as to
15    how the database was developed and what specific information it captures;
16  3) BLM shall provide to Plaintiffs by November 30, 2012, a work order/plan for
17    analyzing route monitoring data to determine compliance at a "statistically
18    significant level;"
19  4) BLM shall also provide to Plaintiffs by November 30, 2012, a plan for monitoring
20    unauthorized vehicle use on limited-use routes (*e.g.*, quad vehicle use on
21    motorcycle-only routes);
22  5) BLM shall modify the monitoring results table presented in its Court-ordered
23    quarterly reports to the Parties and the Court to include additional data and details as
24    to both methodology and results; and
25  6) The Parties shall contact Judge Vadas's Courtroom Deputy to arrange for a time for
26    the Court to conduct a site-visit of illustrative areas of the WEMO, to be identified
27    by the Parties, accompanied by representatives of Plaintiffs and BLM.
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER RE: ENFORCEMENT OF
REMEDIES ORDER (No. 3:06 CV 04884 SI) - 2 -   21343\3355322.1

If disputed issues regarding remedies enforcement remain after the above deadlines, the Parties shall schedule a hearing before Magistrate Vadas to be held in January 2013.

**IT IS SO ORDERED.**

Dated: October 31, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER RE: ENFORCEMENT OF REMEDIES ORDER (No. 3:06 CV 04884 SI) - 3 -

21343\3355322.1