UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. <br> _____/ | No. 6-CV-04884 SI (NJV) <br><br> **ORDER CONTINUING STATUS CONFERENCE** |

A status conference is set in this case for August 6, 2013. Pursuant to the parties' request, the status conference is HEREBY CONTINUED to the court's next regular civil calendar on Tuesday, August 13, 2013, at 1:00 pm. The parties shall dial 1-888-684-8852 and enter access code 1868782.

**IT IS SO ORDERED**.

Dated: July 19, 2013

_____
Nandor J. Vadas
United States Magistrate Judge