UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | No. 6-CV-04884 SI (NJV) <br><br> **ORDER SETTING HEARING DATE** |

The pending substantive motions in this case, Plaintiff's Motion for Enforcement of Remedies Order (Doc. 338) and Defendants' Motion for Modification of Remedies Order (Doc. 346), are HEREBY SET FOR HEARING at 2:00 pm. on November 21, 2013, in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco. Briefing schedules remain unaltered.

**IT IS SO ORDERED**.

Dated: September 17, 2013

Nandor J. Vadas
UNITED STATES MAGISTRATE JUDGE