J. Michael Klise (*pro hac vice*)
jmklise@crowell.com
Thomas R. Lundquist (*pro hac vice*)
tlundquist@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Phone: 202-624-2600
Facsimile: 202-628-5116

Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505
Phone: 949-263-8400
Facsimile: 949-263-8414
srice@crowell.com

Attorneys for Intervenor-Defendants Kern County, San Bernardino County, and Imperial County, California; and QuadState Local Governments Authority

CHAMBERS COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et al.*, <br>     Defendants, <br><br> and <br><br> KERN COUNTY, CALIFORNIA, *et al.*, <br>     Intervenor-Defendants. | [PROPOSED] ORDER PERMITTING WITHDRAWAL OF J. MICHAEL KLISE AS CO-COUNSEL FOR INTERVENOR-DEFENDANTS KERN COUNTY, *ET AL.* <br><br> No. 06-4884-SI <br><br> The Honorable Susan Illston |

The Court, having reviewed the motion for withdrawal of J. Michael Klise pursuant to Local Rule 11-5(a), finds good cause to approve the withdrawal and hereby GRANTS the motion.

IT IS SO ORDERED

Date: 12/9/13 _____

/s/ Susan Illston
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE