UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 06-cv-04884-SI<br><br>**ORDER RE: NON-PARTY FILINGS**<br><br>Re: Dkt. Nos. 385, 386 |

On June 4, 2015, Joe Martori, a licensed mining contractor and engineer, filed two letters with the Court in his capacity as representative of the Minerals and Mining Advisory Council ("MMAC"). Docket Nos. 385, 386. The letters allege that the BLM has violated various federal laws and has improperly limited public participation in this action. The letters conclude that the "[West Mojave Plan] should be struck down and the case should be reopened and reversed as it was entirely unlawful and the BLM violated the Public and Land Use's Best Interest." Docket No. 385 at 3.

Neither Mr. Martori nor the MMAC is a party to this action, and as a result, they have no standing to request such relief. *Cf. Citibank Int'l v. Collier-Traino, Inc.*, 809 F.2d 1438, 1440 (9th Cir. 1987). Accordingly, the Court will disregard these letters, and **STRIKES** Docket Nos. 385 and 386 from the record.

**IT IS SO ORDERED.**

Dated: June 25, 2015

                                                       _____
                                                       SUSAN ILLSTON
                                                     United States District Judge