UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No. 06-cv-04884-SI   (NJV) <br><br> **ORDER SETTING STATUS CONFERENCE** <br><br> Re: Dkt. No. 394 |

A status conference is HEREBY SET in this case for June 7, 2016, at 10:00 a.m., PST. The status conference shall be conducted via video conferencing, with Plaintiffs' Counsel appearing from Courtroom 14 of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco, Defense Counsel appearing from the Federal Courthouse at 901 19th Street in Denver, Colorado, and the court appearing from McKinleyville.

**IT IS SO ORDERED**.

Dated: May 18, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge